Honorable Justin L. Quackenbush

Christopher W. Tompkins, WSBA #11686
Betts Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
Telephone: 206-292-9988

Attorneys for Defendants Mitchell and Jessen

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SULEIMAN ABDULLAH SALIM, MOHAMED AHMED BEN SOUD, OBAID ULLAH (as personal representative of GUL RAHMAN),<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES ELMER MITCHELL and JOHN "BRUCE" JESSEN,<br><br>Defendants. | NO. 2:15-CV-286-JLQ<br><br>NOTICE OF APPEARANCE OF DEFENDANTS JAMES ELMER MITCHEL AND JOHN "BRUCE" JESSEN |

  Defendants James Elmer Mitchell and John Jessen hereby enter their appearance by the undersigned attorneys of record. You are further notified that service of all future pleadings, notices, documents, or other papers, exclusive of original process, may be had upon said Defendants by serving the undersigned attorneys at their address indicated below.

NOTICE OF APPEARANCE OF DEFENDANTS

NO. 2:15-CV-286-JLQ

956183.docx/121115 1513/8360-0001

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  DATED this 11th day of December, 2015.

BETTS, PATTERSON & MINES P.S.

By   *s/ Christopher W. Tompkins*
    Christopher W. Tompkins, WSBA #11686
    ctompkins@bpmlaw.com

Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle WA  98101-3927

Henry F. Schuelke III, *pro hac vice* pending
hschuelke@blankrome.com
Blank Rome LLP
600 New Hampshire Ave NW
Washington, DC  20037
Phone: 202.772.5800

James T. Smith, *pro hac vice* to be filed
smith-jt@blankrome.com
Brian S. Paszamant, *pro hac vice* pending
paszamant@blankrome.com
Blank Rome LLP
One Logan Square
130 N 18th Street
Philadelphia, PA  19103
Phone: 215.569.5791

Attorneys for Defendants Mitchell and Jessen

NOTICE OF APPEARANCE OF DEFENDANTS

NO. 2:15-CV-286-JLQ

956183.docx/121115 1513/8360-0001

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following, in such case as they are not registered service will be accomplished via email:

LaRond Baker
lbaker@aclu-wa.org
ACLU of Washington Foundation
901 Fifth Ave, Suite 630
Seattle, WA  98164

Steven M. Watt, admitted *pro hac vice*
swatt@aclu.org
Dror Ladin, admitted *pro hac vice*
dladin@aclu.org
Hina Shamsi, admitted *pro hac vice*
hshamsi@aclu.org
Jameel Jaffer, admitted *pro hac vice*
jjaffer@aclu.org
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY  10007

Paul Hoffman
hoffpaul@aol.com
Schonbrun Seplow Harris & Hoffman, LLP
723 Ocean Front Walk, Suite 100
Venice, CA  90291

By    *s/ Shane Kangas*
     Shane Kangas
     skangas@bpmlaw.com
Betts, Patterson & Mines, P.S.

NOTICE OF APPEARANCE OF DEFENDANTS

NO. 2:15-CV-286-JLQ

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

956183.docx/121115 1513/8360-0001