**BETTS, PATTERSON & MINES P.S.**
Christopher W. Tompkins (WSBA #11686)
CTompkins@bpmlaw.com
701 Pike Street, Suite 1400
Seattle, WA 98101-3927

**BLANK ROME LLP**
Henry F. Schuelke III (admitted *pro hac vice*)
HSchuelke@blankrome.com
600 New Hampshire Ave NW
Washington, DC 20037

James T. Smith (admitted *pro hac vice*)
Smith-jt@blankrome.com
Brian S. Paszamant (admitted *pro hac vice*)
Paszamant@blankrome.com
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103

Attorneys for Defendants Mitchell and Jessen

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

| | |
|---|---|
| SULEIMAN ABDULLAH SALIM, MOHAMED AHMED BEN SOUD, OBAID ULLAH (as personal representative of GUL RAHMAN),<br><br>Plaintiffs,<br>vs.<br><br>JAMES ELMER MITCHELL and JOHN "BRUCE" JESSEN,<br><br>Defendants. | NO. 2:15-CV-286-JLQ<br><br>**DECLARATION OF CHRISTOPHER W. TOMPKINS IN SUPPORT OF DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF PENDING MOTION** |

DECLARATION OF CHRISTOPHER W. TOMPKINS IN SUPPORT OF DEFENDANTS' MOTION TO EXPEDITE

NO. 2:15-CV-286-JLQ

Betts
Patterson
Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

139114.00602/102223857v.1

I, Christopher W. Tompkins, hereby certify under penalty of perjury, that the following is true and correct and within my personal knowledge:

1. I am over the age of 18, have personal knowledge of all facts contained in this declaration, and am competent to testify as a witness to those facts.

2. I am one of the attorneys representing Defendants, James Elmer Mitchell and John "Bruce Jessen (collectively, "Defendants") in this action.

3. Counsel for Defendants have been in communication with counsel for Plaintiffs concerning the difficulties associated with formulating an appropriate Answer.

4. Given those difficulties, Defendants suggested that it was sensible to delay the filing of an Answer until after Defendants have been provided with detailed guidance, either by agreement with the United States or direction of the Court, as to the subject matters that they may (or may not) discuss with their counsel in light of the Nondisclosure Agreements and otherwise.

5. Plaintiffs acknowledged their agreement with Defendants' suggested approach, writing: "As to Defendants' Answer, Plaintiffs agree it should not be due until the Parties come to agreement with the Government on the procedures under which discovery and client communication will proceed in this case. Plaintiffs

DECLARATION OF CHRISTOPHER W.
TOMPKINS IN SUPPORT OF
DEFENDANTS' MOTION TO EXPEDITE      - 1 -
NO. 2:15-CV-286-JLQ

Betts
Patterson
Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

139114.00602/102223857v.1

agree that the deadline should be thirty days after the agreed procedures are in place."

6. Defendants request expedited consideration of the pending Motion because an expedited decision will give the parties certainty as to the time for Defendants to file their answer before the current May 12 deadline.

7. Counsel for Defendants notified chambers of this motion on May 6, 2016. Plaintiffs do not oppose the expedited hearing of the Unopposed Motion to Set Time to File Answer.

                            *s/ Christopher W. Tompkins*
                            Christopher W. Tompkins

Executed this 6th day of May, 2016
at Seattle, Washington.

DECLARATION OF CHRISTOPHER W. TOMPKINS IN SUPPORT OF DEFENDANTS' MOTION TO EXPEDITE

NO. 2:15-CV-286-JLQ

- 2 -

Betts Patterson Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

139114.00602/102223857v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Steven M. Watt, admitted *pro hac vice*<br>swatt@aclu.org<br>Dror Ladin, admitted *pro hac vice*<br>dladin@aclu.org<br>Hina Shamsi, admitted *pro hac vice*<br>hshamsi@aclu.org<br>Jameel Jaffer, admitted *pro hac vice*<br>jjaffer@aclu.org<br>ACLU Foundation<br>125 Broad Street, 18th Floor<br>New York, NY  10007 | LaRond Baker<br>lbaker@aclu-wa.org<br>ACLU of Washington Foundation<br>901 Fifth Ave, Suite 630<br>Seattle, WA  98164 |
| Andrew L. Warden<br>andrew.warden@usdoj.gov<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave NW<br>Washington, DC  20530 | Paul Hoffman<br>hoffpaul@aol.com<br>Schonbrun Seplow Harris & Hoffman, LLP<br>723 Ocean Front Walk, Suite 100<br>Venice, CA  90291 |

By    *s/ Shane Kangas*
     Shane Kangas
     skangas@bpmlaw.com
     Betts, Patterson & Mines, P.S.

DECLARATION OF CHRISTOPHER W. TOMPKINS IN SUPPORT OF DEFENDANTS' MOTION TO EXPEDITE NO. 2:15-CV-286-JLQ

- 3 -