BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MICHAEL C. ORMSBY
United States Attorney

TERRY M. HENRY
Assistant Branch Director

ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 616-5084
Fax: (202) 616-8470
andrew.warden@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SULEIMAN ABDULLAH SALIM, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES E. MITCHELL and JOHN JESSEN,<br><br>　　　　　　Defendants. | No. 2:15-CV-286-JLQ<br><br>UNITED STATES' RESPONSE TO THE COURT'S MAY 12, 2016 ORDER ADDRESSING PRODUCTION OF DEFENDANTS' NON-DISCLOSURE AGREEMENTS AND CONTRACTS |

UNITED STATES' RESPONSE TO MAY 12, 2016 ORDER - 1

The Court's May 12, 2016 Order directed the United States to file a statement as to its position on providing the Defendants with copies of the non-disclosure agreements and contracts that were discussed at the in-court hearing on April 22, 2106, and the timeline for any such production. *See* Order at 2 (ECF No. 45). In response to the Court's Order, the United States hereby reports that it provided Defendants with copies of their non-disclosure agreements on May 20, 2016. The copies provided to Defendants contain minor redactions to protect, among other things, classified information and Central Intelligence Agency (CIA) internal and personnel-related information.

The United States also intends to produce to Defendants copies of the relevant contracts governing Defendants' work on the CIA's former detention and interrogation program. Following the April 22, 2016 hearing in this case, the United States initiated a diligent search to identify and gather the relevant contracts. The search was recently completed and resulted in the collection of multiple potentially relevant contracts between the CIA and Defendants. These contracts, including modifications thereto, total approximately several hundred pages.

Given the potential sensitivity of the information contained within the contracts, the United States is currently undertaking a careful review and clearance process designed to protect any privileged, protected, or classified information from improper disclosure. This process of line-by-line review, including potential redaction and withholding, necessitated by the Government's responsibility to ensure that

UNITED STATES' RESPONSE TO MAY 12, 2016 ORDER - 2

"information bearing on national security" is appropriately protected from harmful disclosure, *Dep't of the Navy v. Egan*, 484 U.S. 518, 527 (1988), includes careful scrutiny of the contracts by multiple offices within the CIA, including appropriate subject matter experts and original classification authorities.  *See* Executive Order 13526, Classified National Security Information, 75 Fed. Reg. 707 (Dec. 29, 2009) (explaining the role of an original classification authority in classifying and declassifying national security information).  The United States currently estimates that this review and clearance process will be completed by July 1, 2016.  Upon completion of this process, the United States will produce appropriately authorized unclassified versions of the relevant contracts to Defendants.

Dated:  May 23, 2016            Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MICHAEL C. ORMSBY
United States Attorney

TERRY M. HENRY
Assistant Branch Director

   *s/ Andrew I. Warden*
ANDREW I. WARDEN
Indiana Bar No. 23840-49
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

UNITED STATES' RESPONSE TO MAY 12, 2016 ORDER - 3

Tel: (202) 616-5084
Fax: (202) 616-8470
andrew.warden@usdoj.gov

Attorneys for the United States of America

UNITED STATES' RESPONSE TO MAY 12, 2016 ORDER - 4

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys:

| | |
|---|---|
| Dror Ladin: <br> Dladin@aclu.Org | Brian Paszamant: <br> Paszamant@blankrome.Com |
| Hina Shamsi: <br> Hshamsi@aclu.Org | Henry Schuelke, III: <br> Hschuelke@blankrome.Com |
| Jameel Jaffer: <br> Jjaffer@aclu.Org | James Smith: <br> Smith-Jt@blankrome.Com |
| La Rond Baker: <br> Lbaker@aclu-Wa.Org | Christopher Tompkins: <br> Ctompkins@bpmlaw.Com |
| Paul L Hoffman: <br> Hoffpaul@aol.Com | *Attorneys for Defendants* |
| Steven Watt: <br> Swatt@aclu.Org | |

*Attorneys for Plaintiffs*

                               */s/ Andrew I. Warden*
                               ANDREW I. WARDEN
                               Indiana Bar No. 23840-49
                               Senior Trial Counsel
                               United States Department of Justice
                               Civil Division, Federal Programs Branch
                               20 Massachusetts Avenue, NW
                               Washington, D.C. 20530
                               Tel: (202) 616-5084
                               Fax: (202) 616-8470
                               Attorney for the United States of America