**BETTS, PATTERSON & MINES P.S.**
Christopher W. Tompkins (WSBA #11686)
CTompkins@bpmlaw.com
701 Pike Street, Suite 1400
Seattle, WA 98101-3927

**BLANK ROME LLP**
Henry F. Schuelke III (admitted *pro hac vice*)
HSchuelke@blankrome.com
600 New Hampshire Ave NW
Washington, DC 20037

James T. Smith (admitted *pro hac vice*)
Smith-jt@blankrome.com
Brian S. Paszamant (admitted *pro hac vice*)
Paszamant@blankrome.com
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103

Attorneys for Defendants Mitchell and Jessen

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

| | |
|---|---|
| SULEIMAN ABDULLAH SALIM, MOHAMED AHMED BEN SOUD, OBAID ULLAH (as personal representative of GUL RAHMAN),<br><br>Plaintiffs,<br>vs.<br><br>JAMES ELMER MITCHELL and JOHN "BRUCE" JESSEN,<br><br>Defendants. | NO. 2:15-CV-286-JLQ<br><br>**DECLARATION OF CHRISTOPHER W. TOMPKINS IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO EXPEDITE CONSIDERATION OF PENDING MOTION** |

DECLARATION OF CHRISTOPHER W. TOMPKINS IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO EXPEDITE

NO. 2:15-CV-286-JLQ

139114.00602/102223857v.1

Betts
Patterson
Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

I, Christopher W. Tompkins, hereby certify under penalty of perjury, that the following is true and correct and within my personal knowledge:

1. I am over the age of 18, have personal knowledge of all facts contained in this declaration, and am competent to testify as a witness to those facts.

2. I am one of the attorneys representing Defendants, James Elmer Mitchell and John "Bruce" Jessen (collectively, "Defendants") in this action.

3. Plaintiffs and the United States consent to Defendants' Motion and Proposed Order establishing case management procedures.

4. Defendants request expedited consideration of the pending Motion because an expedited decision will give the parties certainty as to the procedures for the United States' review of pleadings and the associated tolling of deadlines prior to the time for Defendants to file their Answer by the June 22 deadline.

5. Counsel for Defendants notified chambers of this motion on June 9, 2016. Plaintiffs and the United States do not oppose the expedited hearing of the unopposed Motion to Establish Case Management Procedures.

*s/ Christopher W. Tompkins*
Christopher W. Tompkins

Executed this 9th day of June, 2016
at Seattle, Washington.

DECLARATION OF CHRISTOPHER W. TOMPKINS IN SUPPORT OF DEFENDANTS' MOTION TO EXPEDITE
NO. 2:15-CV-286-JLQ

- 1 -

Betts
Patterson
Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

139114.00602/102223857v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Steven M. Watt, admitted *pro hac vice*<br>swatt@aclu.org<br>Dror Ladin, admitted *pro hac vice*<br>dladin@aclu.org<br>Hina Shamsi, admitted *pro hac vice*<br>hshamsi@aclu.org<br>Jameel Jaffer, admitted *pro hac vice*<br>jjaffer@aclu.org<br>ACLU Foundation<br>125 Broad Street, 18th Floor<br>New York, NY  10007 | LaRond Baker<br>lbaker@aclu-wa.org<br>ACLU of Washington Foundation<br>901 Fifth Ave, Suite 630<br>Seattle, WA  98164 |
| Andrew L. Warden<br>andrew.warden@usdoj.gov<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave NW<br>Washington, DC  20530 | Paul Hoffman<br>hoffpaul@aol.com<br>Schonbrun Seplow Harris & Hoffman, LLP<br>723 Ocean Front Walk, Suite 100<br>Venice, CA  90291 |

By    *s/ Shane Kangas*
    Shane Kangas
    skangas@bpmlaw.com
    Betts, Patterson & Mines, P.S.

DECLARATION OF CHRISTOPHER W. TOMPKINS IN SUPPORT OF DEFENDANTS' MOTION TO EXPEDITE
NO. 2:15-CV-286-JLQ

- 2 -

Betts
Patterson
Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

139114.00602/102223857v.1