**BETTS, PATTERSON & MINES P.S.**
Christopher W. Tompkins (WSBA #11686)
CTompkins@bpmlaw.com
701 Pike Street, Suite 1400
Seattle, WA 98101-3927

**BLANK ROME LLP**
Henry F. Schuelke III (admitted *pro hac vice*)
HSchuelke@blankrome.com
600 New Hampshire Ave NW
Washington, DC 20037

James T. Smith (admitted *pro hac vice*)
Smith-jt@blankrome.com
Brian S. Paszamant (admitted *pro hac vice*)
Paszamant@blankrome.com
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103

Attorneys for Defendants Mitchell and Jessen

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

|  |  |
|---|---|
| SULEIMAN ABDULLAH SALIM, et al., <br><br>             Plaintiffs, <br><br>    vs. <br><br> JAMES E. MITCHELL and JOHN JESSEN, <br><br>             Defendants. | NO. CV-15-0286-JLQ <br><br> **DECLARATION OF DR. ROGER K. PITMAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL IMES AND DEPOSITIONS, AND FOR RELIEF FROM RELATED DEADLINES** <br><br> Without Oral Argument <br> December 16, 2016 |

DECL. OF DR. ROGER K. PITMAN IN
SUPPORT OF MOTION TO COMPEL IMES
AND DEPOSITIONS
NO. CV-15-0286-JLQ

- i -

I, Dr. Roger K. Pitman, hereby certify under penalty of perjury, that the following is true and correct and within my personal knowledge:

1.    I am over the age of 18, have personal knowledge of all facts contained in this declaration, and am competent to testify as a witness to those facts.

2.    I am a Professor of Psychiatry at Harvard Medical School, and I have been retained as a medical expert by Defendants James Elmer Mitchell and John "Bruce" Jessen (collectively, "Defendants") in the above-captioned action. Attached as **Exhibit 1** is a true and correct copy of my resume.

3.    I am a licensed psychiatrist licensed to practice in the United States.

4.    I currently practice psychiatry at the Massachusetts General Hospital in Boston MA.

5.    I have been retained by Defendants to conduct psychological examinations on Plaintiffs Suleiman Abdullah Salim and Mohamed Ahmed Ben Soud, focusing on determining the existence of any claimed mental damages, including post-traumatic stress disorder.

6.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Roger K. Pitman_
Dr. Roger K. Pitman

Executed this 8th day of November, 2016
at Boston, MA.

DECL. OF DR. ROGER K. PITMAN IN
SUPPORT OF MOTION TO COMPEL IMES        - 1 -
AND DEPOSITIONS
NO. CV-15-0286-JLQ
139114.00602/103913679v.3

Betts Patterson Mines
One Convention Place
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang<br>echiang@aclu-wa.org<br>ACLU of Washington Foundation<br>901 Fifth Ave, Suite 630<br>Seattle, WA 98164 | Paul Hoffman<br>hoffpaul@aol.com<br>Schonbrun Seplow Harris & Hoffman, LLP<br>723 Ocean Front Walk, Suite 100<br>Venice, CA 90291 |
| Andrew L. Warden<br>Andrew.Warden@usdoj.gov<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave NW<br>Washington, DC 20530 | Steven M. Watt, admitted *pro hac vice*<br>swatt@aclu.org<br>Dror Ladin, admitted *pro hac vice*<br>dladin@aclu.org<br>Hina Shamsi, admitted *pro hac vice*<br>hshamsi@aclu.org<br>ACLU Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10007 |
| Avram D. Frey, admitted *pro hac vice*<br>afrey@gibbonslaw.com<br>Daniel J. McGrady, admitted *pro hac vice*<br>dmcgrady@gibbonslaw.com<br>Kate E. Janukowicz, admitted *pro hac vice*<br>kjanukowicz@gibbonslaw.com<br>Lawrence S. Lustberg, admitted *pro hac vice*<br>llustberg@gibbonslaw.com<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102 | |

By   *s/ Shane Kangas*

Shane Kangas
skangas@bpmlaw.com
Betts, Patterson & Mines, P.S.

DECL. OF DR. ROGER K. PITMAN IN
SUPPORT OF MOTION TO COMPEL IMES
AND DEPOSITIONS
NO. CV-15-0286-JLQ

- 2 -

Betts Patterson Mines
**One Convention Place**
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

139114.00602/103913679v.3

# Exhibit 1

HARVARD MEDICAL SCHOOL   MASSACHUSETTS GENERAL HOSPITAL

ROGER K. PITMAN, M.D.
*Professor of Psychiatry*

*Visiting Scientist*
*Massachusetts Institute of Technology*

PTSD Research Laboratory
Massachusetts General Hospital
Building 149 - 13th Street
Charlestown, MA 02129
617-726-5333
pitman@psych.mgh.harvard.edu

CURRICULUM VITAE
Roger K. Pitman, M.D.
September 14, 2016

## Education:

| | |
|---|---|
| 1969 | M.D. *cum laude*, University of Vermont College of Medicine |
| 1965 | A.B. *cum laude*, Amherst College |

## Postdoctoral Training:

| | |
|---|---|
| 1985 | Research Fellow in Behavioral Neurology, Beth Israel Medical Center, Harvard Medical School |
| 1970-1973 | Resident in Psychiatry, Boston VA Hospital-Tufts New England Medical Center Collaborative Program |
| 1969-1970 | Straight Medical Intern, Boston University Medical Service, Boston City Hospital |

## Licensure and Certification:

| | |
|---|---|
| 1994- | Added Qualifications in Forensic Psychiatry, American Board of Psychiatry and Neurology |
| 1981- | New Hampshire Medical License |
| 1975- | American Board of Psychiatry and Neurology (Psychiatry) |
| 1970- | Massachusetts Medical License |
| 1970 | National Board of Medical Examiners |

## Academic Appointments:

| | |
|---|---|
| 2002- | Professor of Psychiatry, Harvard Medical School |
| 2000-2007 | Visiting Scientist, Massachusetts Institute of Technology |
| 1990-2002 | Associate Professor of Psychiatry, Harvard Medical School |
| 1988-1990 | Assistant Clinical Professor of Psychiatry, Harvard Medical School |
| 1986-1987 | Lecturer in Psychiatry, Harvard Medical School |
| 1981-1987 | Adjunct Assistant Professor of Clinical Psychiatry, Dartmouth Medical School |
| 1978-1980 | Assistant Professor of Psychiatry, University of Tennessee Center for the Health Sciences |
| 1976-1978 | Instructor in Psychiatry, Boston University School of Medicine |

## Awards and Honors:

| | |
|---|---|
| 2009 | International Society for Traumatic Stress Studies Lifetime Achievement Award |
| 2008 | Exceptional Research Mentorship Award, Dept of Psychiatry, Massachusetts General Hospital, Harvard Medical School |
| 2007 | Fellow, American College of Neuropsychopharmacology |
| 2004 | Distinguished Life Fellow, American Psychiatric Association |
| 2004 | Award for Distinguished Academic Achievement, University of Vermont Medical Alumni Association |
| 2004– | Who's Who in The World |
| 2003 | Distinguished Fellow, American Psychiatric Association |
| 2002– | Castle Connolly's *America's Top Doctors* |
| 2002 | Honorary A.M. (Master of Arts) degree, Harvard University |
| 1997 | Member, Sigma Xi |
| 1994 | International Society for Traumatic Stress Studies Award for Outstanding Scientific Achievement in the Field of Post-Traumatic Stress Disorder |
| 1993 | Fellow, American Psychopathological Association |
| 1987 | Research Career Development Award, VA Medical Research Service |
| 1985 | Fellow, American Psychiatric Association |
| 1969 | Member, Alpha Omega Alpha, University of Vermont |
| 1965 | Associate Member, Sigma Xi |
| 1962 | Bassett Physics Prize Honorable Mention, Amherst College |

## Hospital Positions:

| | |
|---|---|
| 2003– | Psychiatrist, Massachusetts General Hospital, Boston, MA |
| 2000-2005 | Assistant Director, Clinical Research Center, Massachusetts Institute of Technology |
| 1997-2002 | Clinical Associate in Psychiatry, Massachusetts General Hospital, Boston, MA |
| 2000-2010 | Research Psychiatrist (without compensation), VA Medical Center, Manchester NH |
| 1982-2000 | Coordinator for Research and Development, VA Medical Center, Manchester NH |
| 1980-1986 | Chief, Psychiatry Service, VA Medical Center, Manchester, NH |
| 1978-1980 | Staff Psychiatrist, VA Medical Center, Memphis, TN |
| 1975-1978 | Staff Psychiatrist, VA Medical Center, Bedford, MA |
| 1973-1975 | Staff Psychiatrist, Naval Regional Medical Center, Newport, RI; Lt Cmdr, Medical Corps, U.S. Naval Reserve |

## Other Professional Positions and Visiting Appointments:

| | |
|---|---|
| 1992-2010 | Co-founder, Laboratory for Traumatic Stress Studies, Institute of Psychology, Russian Academy of Sciences, Moscow, Russia |

```
1987        Co-founder, Center for Traumatic Stress Psychophysiology
                 Laboratory, Hadassah University Hospital, Jerusalem,
                 Israel
1986-       Part-time private practice of forensic psychiatry
1985        Visiting physician, Beth Israel Hospital, Boston, MA
1968        Smith, Kline, and French Foreign Medical Fellow to Nepal
```

## Committee Memberships:

```
2011-       Editorial Board, Biology of Mood and Anxiety Disorders
2006-2009   American College of Neuropsychopharmacology Public
                 Information Committee
1998-2000   International Society for Traumatic Stress Studies Board of
                 Directors
2000        National Institutes of Health Behavioral and Biobehavioral
                 Processes-5 (Mental Disorders) Special Emphasis Panel
1996-2000   National Institute of Mental Health Violence and Traumatic
                 Stress Study Section
1995-2010   Editorial Board, Journal of Traumatic Stress
1995        National Institute of Mental Health-National Center for
                 PTSD Joint Conference on Diagnosis and Assessment in
                 PTSD Research
1992        VA Career Development Research Clinician Evaluation
                 Committee
1988-1993   American Psychiatric Association, DSM-IV Anxiety Disorders
                 Work Group Adviser
1988-1991   VA Mental Health and Behavioral Sciences Research Advisory
                 Group
1980-1983   Amnesty International Medical Capacity Committee, Working
                 Group Against the Political Abuse of Psychiatry
```

## Professional Societies:

```
1997-2006   American College of Neuropsychopharmacology (Member)
1996-       Society of Biological Psychiatry
1991- 2000  Pavlovian Society
1987-       American Academy of Psychiatry and the Law
1986-       International Society for Traumatic Stress Studies
1985-       American Psychopathological Association
1983-       Société Pierre Janet, Paris (corresponding)
1972-       American Psychiatric Association
2007-       American College of Neuropsychopharmacology (Fellow)
```

## Publications (P):

P-268. Tawakol A, Ishai A, Takx RAP, Figueroa AL, Ali A, Kaiser Y, Truong QA, Solomon CJE, Calcagno C, Mani V, Tang CK, Mulder WJM, Murrough JW, Hoffmann U, Nahrendorf M, Shin LM, Fayad ZA, Pitman RK. Resting amygdalar activity predicts cardiovascular events: evidence for a neural-hematopoietic-arterial axis. *Lancet*, in press (Refereed article).

P-267. Mueller-Pfeiffer C, Rufibach K, Wyss D, Perron N, Pitman RK, Rufer M. Screening for dissociative disorders in psychiatric out- and day care-patients. *Journal of Psychopathology and Behavioral Assessment*, in press (Refereed article).

P-266. Fricchione J, Greenberg MS, Spring J, Wood N, Mueller-Pfeiffer C, Milad MR, Pitman RK, Orr SP. Delayed extinction fails to reduce skin conductance reactivity to fear-conditioned stimuli. *Psychophysiology* 2016;53:1343-1351 (Refereed article).

P-265. Goetz JM, Pitman SR, Tanev KS, Pitman RK, Chemtob CM. Mixed-handedness in identical twins discordant for combat exposure in Vietnam: relationship to posttraumatic stress disorder. *Journal of Neuropsychiatry and Clinical Neurosciences* 2016;28:45-48. (Refereed article).

P-264. Rosenbaum BL, Bui E, Marin MF, Holt DJ, Lasko NB, Pitman RK, Orr SP, Milad MR. Demographic factors predict magnitude of conditioned fear. International *Journal of Psychophysiology* 2015;98:59-64 (Refereed article).

P-263. Pitman RK. Harnessing reconsolidation to treat mental disorders. *Biological Psychiatry* 2015;78:819-820 (Commentary).

P-262. Greenberg MS, Wood NE, Spring JD, Gurvits TV, Nagurney JT, Zafonte RD, Pitman RK. Pilot study of neurological soft signs, and depressive and postconcussive symptoms during recovery from mild traumatic brain injury (mTBI). *Journal of Neuropsychiatry and Clinical Neurosciences* 2015;27:199-205 (Refereed article).

P-261. Pachas GN, Gilman J, Orr SP, Hoeppner B, Carlini SV, Loebl T, Nino J, Pitman RK, Evins AE. Single dose propranolol does not affect physiologic or emotional reactivity to smoking cues. *Psychopharmacology* (Berl) 2015;232:1619-1628 (Refereed article).

P-260. Dekel S, Gilbertson MW, Orr SP, Rauch SL, Wood NE, Pitman RK. Trauma and posttraumatic stress disorder. In Stern TA, Fava, M, Wilens TE, Rosenbaum JF, MD (Eds.) *Massachusetts General Hospital Comprehensive Clinical Psychiatry, Second Edition*. Elsevier, 2015 (Book chapter).

P-259. Wood NE, Rosasco ML, Suris AM, Spring JD, Marin MF, Lasko NB, Goetz JM, Fischer AM, Orr SP, Pitman RK. Pharmacological blockade of memory reconsolidation in posttraumatic stress disorder: three negative psychophysiological studies. *Psychiatry Research* 2015;225:31-39 (Refereed article).

P-258. Spring J, Wood N, Mueller-Pfeiffer C, Milad MR, Pitman RK, Orr SP. Pre-reactivation propranolol fails to reduce skin conductance reactivity to fear-conditioned stimuli. *Psychophysiology* 2015;52:407-415 (Refereed article).

P-257. Brunet A, Thomas É, Saumier D, Ashbaugh AR, Azzoug A, Pitman RK, Orr SP, Tremblay J. Trauma reactivation plus propranolol is associated

with durably low physiological responding during subsequent script-driven traumatic imagery. *Canadian Journal of Psychiatry* 2014;59:228-232. (Refereed article).

P-256. Greenberg MS, Tanev K, Marin MF, Pitman RK. Stress, PTSD, and dementia. *Alzheimer's and Dementia* 2014 10(3Suppl):S155-S165 (Referred article).

P-255. Pace-Schott EF, Tracy LE, Rubin Z, Mollica AM, Ellenbogen JM, Bianchi MT, Milad MR, Pitman RK, Orr SP. Interactions of time of day and sleep with between-session habituation and extinction memory in young adult males. *Experimental Brain Research* 2014;232:1443-1458 (Refereed article).

P-254. Bhuvaneswar CG, Ruskin JN, Katzman AR, Wood NE, Pitman RK. Pilot study of the effect of lipophilic vs. hydrophilic beta-adrenergic blockers being taken at time of intracardiac defibrillator discharge on subsequent PTSD symptoms. *Neurobiology of Learning and Memory* 2014;112:248-252 (Refereed article).

P-253. Stoddard FJ, Simon NM, Pitman RK. Trauma- and stressor-related disorders. In Hales RE, Yudofsky SC, Roberts LW (Eds.) *The American Psychiatric Publishing Textbook of Psychiatry, Sixth Edition.* Washington, DC, American Psychiatric Publishing, 2014:455-498 (Book chapter).

P-252. Mueller-Pfeiffer C, Zeffiro T, O'Gorman R; Michels L, Baumann P, Wood N, Spring J; Rufer M, Pitman RK, Orr SP. Cortical and cerebellar modulation of autonomic responses to loud sounds. *Psychophysiology* 2014 51:60-69 (Refereed article).

P-251. Weiner MW, Friedl KE Pacifico A, Chapman JC, Jaffee MS, Little DM, Manley GT, McKee A, Petersen RC, Pitman RK, Yaffe K, Zetterberg H, Obana R, Bainm LJ, Carrillon MC. Military risk factors for Alzheimer's disease. *Alzheimer's and Dementia* 2013;9:445-451 (referred article).

250. Pace-Schott EF, Spencer RM, Vijayakumar S, Ahmed NA, Verga PW, Orr SP, Pitman RK, Milad MR.  Extinction of conditioned fear is better learned and recalled in the morning than in the evening. *Journal of Psychiatric Research* 2013;47:1776-1784 (referred article).

P-249. Pineles SL, Suvak MK, Liverant GI, Gregor K, Wisco BE, Pitman RK, Orr SP. Psychophysiologic reactivity, subjective distress, and their associations with PTSD diagnosis. *Journal of Abnormal Psychology*, 2013 Aug;122:635-644 (Refereed article).

P-248. Schulman BJ, Bui THE, Ornstein RD, Pitman RK. Trauma and posttraumatic stress disorder. In Stern TA, Herman JB, Gorrindo T (Eds.) *MGH Psychiatry Update and Board Preparation, Third Edition.* Boston: MGH Psychiatry Academy Publishing, 2013:143-149 (Book chapter).

P-247. Elman I, Gurvits TV, Tschibelu E, Spring JD, Lasko NB, Pitman RK. Neurological soft signs in individuals with pathological gambling. *PLOS ONE* 2013;8:e60885 (Refereed article).

P-246. Delahanty D, Gabert-Quillen C, Ostrowski S, Nugent N, Buckley-Fischer B, Morris A, Pitman R, Bon J, Fallon W. The efficacy of initial hydrocortisone administration at preventing post-traumatic distress in adult trauma patients. *CNS Spectrums* 2013;18:103-111 (Refereed article).

P-245. Pitman RK. A brief nosological history of PTSD. *Journal of Traumatic Stress Disorders and Treatment* 2013:2:1 (Refereed article).

P-244. Li Y, Meloni EG, Carlezon WA Jr, Milad MR, Pitman RK, Nader LK, Bolshakova VY. Learning and reconsolidation implicate different synaptic mechanisms. *Proceedings of the National Academy of Science USA* 2013;110:4798-4803 (Refereed article).

P-243. Mueller-Pfeiffer C, Rufibach K, Perron N, Wyss D, Kuenzler C, Prezewowsky C, Pitman RK, Rufer M. Global functioning and disability in dissociative disorders. *Psychiatry Research* 2012;200:475-481 (Refereed article).

P-242. Hoexter MQ, Fadel G, Felício AC, Calzavara MB, Batista IR, Reis MA, Shih MC, Pitman RK, Andreoli SB, Mello MF, Mari JJ, Bressan RA. Higher striatal dopamine transporter density in PTSD: an in vivo SPECT study with [(99m)Tc]TRODAT-1. *Psychopharmacology (Berl)* 2012;224:337-345 (Refereed article).

P-241. Gamache K, Pitman RK, Nader K. Preclinical evaluation of reconsolidation blockade by clonidine as a potential novel treatment for posttraumatic stress Disorder. *Neuropsychopharmacology* 2012;(13):2789-2796 (Refereed article).

P-240. Pitman RK, Rasmusson AM, Koenen KC, Shin LM, Orr SP, Gilbertson MW, Milad MR, Liberzon I. Biological studies of posttraumatic stress disorder. *Nature Reviews Neuroscience* 2012;13:769-787 (Refereed article).

P-239. Lonergan MH, Olivera-Figueroa LA, Pitman RK, Brunet A. Propranolol's effects on the consolidation and reconsolidation of long-term emotional memory in healthy participants: a meta-analysis. *Journal of Psychiatry and Neuroscience* 2012;37:120111 (Refereed article).

P-238. Hall T, Galletly CA, Clark CR, Veltmeyer M, Metzger L, Gilbertson, M, Orr SP, Pitman RK, McFarlane A. The relationship between hippocampal asymmetry and working memory processing in combat-related PTSD- a monozygotic twin study. *Biology of Mood & Anxiety Disorders* 2012; 2:21 (Refereed article).

P-237. Linnman C, Zeidan MA, Pitman RK, Milad MR. Resting cerebral metabolism correlates with skin conductance and functional brain activation during fear conditioning. *Biological Psychology* 2012;89:450-459 (Refereed article).

P-236. Linnman C, Zeidan MA, Furtak SC, Pitman RK, Quirk GJ, Milad MR. Resting amygdala and medial prefrontal metabolism predicts functional activation of the fear extinction circuit. *American Journal of Psychiatry* 2012;169:415-423.

P-235. Orr SP, Lasko NB, Macklin ML, Pineles SL, Chang Y, Pitman RK. Predicting post-trauma stress symptoms from pre-trauma psychophysiologic reactivity, personality traits and measures of psychopathology. *Biology of Mood & Anxiety Disorders*, 2012;2:8 (Refereed article).

P-234. Linnman C, Zeffiro TA, Pitman RK, Milad MR. An fMRI study of unconditioned responses in posttraumatic stress disorder. *Biology of Mood & Anxiety Disorders*, 2011;1:8 (Refereed article).

P-233. Hoge EA, Worthington JJ, Nagurney JT, Chang Y, Kay EB, Feterowski CM, Katzman AR, Goetz JM, Rosasco ML, Lasko NB, Zusman RM, Pollack MH, Orr SP, Pitman RK. Effect of acute posttrauma propranolol on PTSD outcome and physiological responses during script-driven imagery. *CNS Neuroscience and Therapeutics;* 2012;18:21-27 (Refereed article).

P-232. Brunet A, Ashbaugh AR, Saumier D, Pitman RK, Nelson M, Tremblay J, Birmes P. Does reconsolidation occur in humans: a reply. *Frontiers of Behavioral Neuroscience*, 2011;5:74. (Letter).

P-231. Gold AI, Shin LM, Orr SP, Carson MA, Rauch SL, Macklin ML, Lasko NB, Metzger LJ, Dougherty DD, Alpert NM, Fischman AJ, Pitman RK. Decreased regional cerebral blood flow in medial prefrontal cortex during trauma-unrelated stressful imagery in Vietnam veterans with post-traumatic stress disorder. *Psychological Medicine* 2011;41:2563-2572 (Refereed article).

P-230. Shin LM, Bush G, Milad MR, Lasko NB, Brohawn K, Hughes KC, Macklin ML, Gold AL, Karpf RD, Orr SP, Rauch SL, Pitman RK. Exaggerated activation of dorsal anterior cingulate cortex during cognitive interference: a monozygotic twin study of posttraumatic stress disorder. *American Journal of Psychiatry* 2011:168:979-985 (Refereed article).

P-229. Brunet A, Poundja1 J, Tremblay J, Bui E, Thomas E, Orr SP, Azzoug A, Birmes P, Pitman RK. Trauma reactivation under the influence of propranolol decreases PTSD symptoms: 3 open-label trials. *Journal of Clinical Psychopharmacology* 2011;31:547-550 (Refereed article).

P-228. Pitman RK, Milad MR, Igoe SA, Vangel MG, Orr SP, Tsareva A, Gamache K, Nader K. Systemic mifepristone blocks reconsolidation of cue-conditioned fear; propranolol prevents this effect. *Behavioral Neuroscience 2011;125:632-638* (Refereed article).

P-227. Pitman RK. Will reconsolidation blockade offer a novel treatment for posttraumatic Stress disorder? *Frontiers of Behavioral Neuroscience*. 2011;5:11 (Commentary).

P-226. Gilbertson MW, Pitman RK. Drs Gilbertson and Pitman reply. *Journal of Clinical Psychiatry* 2011;72:725. (Letter to Editor)

P-225. Rougemont-Bücking A, Linnman C, Zeffiro TA, Zeidan MA, Lebron-Milad K, Rodriguez-Romaguera J, Rauch SL, Pitman RK, Milad MR. Altered processing of contextual information during fear extinction in PTSD: an fMRI study. *CNS Neuroscience and Therapeutics* 2011;17:227-236 (Refereed article).

P-224. Shin LM, Handwerger K, Pfaff D, Pitman RK. Functional imaging studies of posttraumatic stress disorder. In Shenton ME, Turetsky BI (Eds.), *Understanding Neuropsychiatric Disorders: Insights from Neuroimaging*. Cambridge: Cambridge University Press, 2011:214-228 (Book chapter).

P-223. Pitman RK, Kaelin D, Zafonte R. Point/counterpoint: posttraumatic stress disorder versus traumatic brain injury. *Physical Medicine and Rehabilitation* 2010;2:1051-1054 (Commentary).

P-222. Pitman RK. A recent VA rules change and the traumatic event criterion in PTSD. *Journal of the American Medical Association Journal of the American Medical Association 2010;304:2409* (Commentary).

P-221. Gilbertson MW, McFarlane AC, Weathers FW, Keane TM, Yehuda R, Shalev AY, Lasko NB, Goetz JM, Pitman RK. Is trauma a causal agent of psychopathologic symptoms in posttraumatic stress disorder?: findings from identical twins discordant for combat exposure. *Journal of Clinical Psychiatry* 2010;71:1324-1330 (Refereed article).

P-220. Pitman RK. Posttraumatic stress disorder and dementia: What is the origin of the association? *Journal of the American Medical Association* 2010;303:2287-2288 (Commentary).

P-219. Milad MR, Zeidan MA, Contero A, Pitman RK, Klibanski A, Rauch SL, Goldstein JM. The influence of gonadal hormones on conditioned fear extinction in healthy humans. *Neuroscience* 2010;168:652-658 (Refereed article).

P-218. Hinton DE Hofmann SG, Orr SP, Pitman RK, Pollack MH Pole N. A psychobiocultural model of orthostatic panic among Cambodian refugees: flashbacks, catastrophic cognitions, and reduced orthostatic blood-pressure response. *Psychological Trauma: Theory, Research, Practice, and Policy* 2010:2:63-70 (Refereed Article).

P-217. Hölzel BK, Carmody J, Evans KC, Hoge EA, Dusek JA, Morgan L, Pitman RK, Lazar SW. Stress reduction correlates with structural changes

in the amygdala. *Social Cognition and Affective Neuroscience* 2010;5:11-17 (Refereed article).

P-216. Milad MR, Pitman RK, Ellis CB, Gold AB, Shin LM, Lasko NB, Handwerger K, Orr SP, Rauch SL. Neurobiological basis of failure to recall extinction memory in posttraumatic stress disorder. *Biological Psychiatry* 2009;66:1075-1082 (Refereed article).

P-215. Elman I, Lowen S, Frederick BB, Chi W, Becerra L, Pitman RK. Functional neuroimaging of reward circuitry responsivity to monetary gains and losses in post-traumatic stress disorder. *Biological Psychiatry* 2009; 66:1083-1090 (Refereed article).

P-214. Shin LM, Lasko NB, Macklin ML, Karpf RD, Milad MR, Orr SP, Goetz, JM, Fischman AJ, Rauch SL, Pitman RK. Resting metabolic activity in cingulate cortex and vulnerability to posttraumatic stress disorder. *Archives of General Psychiatry* 2009:66:1099-1107 (Refereed article).

P-213. Gruber RP, Roberts C, Schooler W, Pitman RK. Preventing postsurgical dissatisfaction syndrome after rhinoplasty with propranolol: a pilot study. *Plastic and Reconstructive Surgery* 2009;123:1072-1078 (Refereed article).

P-212. Holt DJ, Lebron-Milad K, Milad MR, Rauch SL, Pitman RK, Orr SP, Cassidy BS, Walsh JP, Goff DC. Extinction memory is impaired in schizophrenia. *Biological Psychiatry* 2009;65:455-463 (Refereed article).

P-211. Shin LM, Rauch SL, Pitman RK, Whalen PJ. The human amygdala in anxiety disorders. In Whalen PJ, Phelps EA (Eds.): *The Human Amygala*. New York: Guilford Press, 2009:321-343 (Book chapter).

P-210. Pace-Schott EF, Milad MR, Orr SP, Rauch SL, Stickgold R, Pitman, RK. Sleep promotes generalization of extinction of conditioned fear. *Sleep* 2009;32:19-26 (Refereed article).

P-209. Metzger LJ, Clark CR, McFarlane AC, Veltmeyer MD, Lasko NB, Paige SR, Pitman RK, Orr SP. Event-related potentials to auditory stimuli in monozygotic twins discordant for combat: association with PTSD. *Psychophysiology* 2009;46:172-178 (Refereed article).

P-208. Pitman RK. Posttraumatic stress disorder as an emotional disorder. In Squire LR (Ed.): *Encyclopedia of Neuroscience* vol 7. Oxford: Academic Press, 2009:839-845 (Book chapter).

P-207. Elman I, Chi WH, Gurvits TV, Ryan ET, Lasko NB, Lukas SE, Pitman RK. Impaired reproduction of three-dimensional objects by cocaine dependent subjects. *Journal of Neuropsychiatry and Clinical Neurosciences* 2008 20:478-484 (Refereed article).

P-206. Metzger LJ, Carson MA, Lasko NB, Paulus LA, Orr SP, Pitman RK, Yehuda Y. Basal and suppressed salivary cortisol in female Vietnam nurse

veterans with and without PTSD. *Psychiatry Research* 2008;151:330-335 (Refereed article).

P-205. Metzger LJ, Miller GA, Paige SR, Pitman RK, Orr SP. Intensity dependence of the auditory P2 in monozygotic twins discordant for Vietnam combat: associations with PTSD. *Journal of Rehabilitation Research and Development* 2008;45:437-450 (Refereed article).

2BP-204. Gilbertson MW, Orr SP, Rauch SL, Pitman RK. Trauma and posttraumatic stress disorder.  In Stern TA, Rosenbaum JF, Fava M, Biederman J, Rauch SL (Eds.): *Massachusetts General Hospital Comprehensive Clinical Psychiatry*. Philadelphia, PA: Mosby 2008:465-480 (Book chapter).

P-203. Hinton DE, Hofmann SG, Pitman RK, Pollack MH, Barlow DH. The panic attack-posttraumatic stress disorder model: applicability to orthostatic panic among Cambodian refugees. *Cognitive Behaviour Therapy* 2008;37:101-116 (Refereed article).

P-202. Milad MR, Orr SP, Lasko NB, Chang Y, Rauch SL, Pitman RK. Presence and acquired origin of reduced recall for fear extinction in PTSD: results of a twin study. *Journal of Psychiatric Research*, 2008;42:515-520 (Refereed article).

P-201. Videlock EJ, Peleg T, Segman R, Yehuda R, Pitman RK, Shalev A. Stress hormones and post-traumatic stress disorder in civilian trauma victims: a longitudinal study. Part II: The adrenergic response. *International Journal of Neuropsychopharmacology* 2008;11:373-380 (Refereed article).

P-200. Shalev AY, Videlock EJ, Peleg T, Segmam R, Pitman RK, Yehuda R. Stress hormones and post-traumatic stress disorder in civilian trauma victims: a longitudinal study. Part I: HPA axis responses. *International Journal of Neuropsychopharmacology* 2008;11:356-372 (Refereed article).

P-199. Kasai K, Yamasue H, Gilbertson MW, Shenton ME, Rauch SL, Pitman RK. Evidence for acquired pregenual anterior cingulate gray matter loss from a twin study of combat-related post-traumatic stress disorder. *Biological Psychiatry* 2008;63:550-556 (Refereed article).

P-198. Brunet A, Orr SP, Tremblay J, Robertson K, Nader K, Pitman RK. Effect of post-retrieval propranolol on psychophysiologic responding during subsequent script-driven traumatic imagery in post-traumatic stress disorder. *Journal of Psychiatric Research* 2008;42:503-506 (Refereed article).

P-197. Hopper JW, Pitman RK, Zhaohui S, Heyman GM, Lasko NB, Macklin ML, Orr SP, Lukas SE, Elman I. Probing reward function in posttraumatic stress disorder: expectancy and satisfaction with monetary gains and losses *Journal of Psychiatric Research* 2008;42:515-520 (Refereed article).

P-196. Pitman RK. Commentary: synthesis and perspectives (on the clinical perspective: targets for therapy in PTSD). *Progress in Brain Research* 2007;167:249-254 (Commentary).

P-195. Friedman MJ, Pitman RK. New findings on the neurobiology of posttraumatic stress disorder. *Journal of Traumatic Stress* 2007;20:653-655 (Editorial).

P-194. Shin LM, Bush G, Whalen PJ, Handwerger K, Cannistraro PA, Wright CI, Martis B, Macklin ML, Lasko NB, Orr SP, Pitman RK, Rauch SL. Dorsal anterior cingulate function in posttraumatic stress disorder. *Journal of Traumatic Stress*, 2007;20:701-712 (Refereed article).

P-193. Carson MA, Metzger LJ, Lasko NB, Paulus LA, Morse AE, Pitman RK, Orr SP. Physiologic reactivity to startling tones in female Vietnam nurse veterans with PTSD. *Journal of Traumatic Stress* 2007;20:657-666 (Refereed article).

P-192. Milad MR, Quirk GJ, Pitman RK, Orr SP, Fischl B, Rauch SL. A role for the human dorsal anterior cingulate cortex in fear expression. *Biological Psychiatry*, 2007;62:1191-1194 (Refereed article).

P-191. Gilbertson MW, Williston SK, Paulus LA, Lasko NB, Gurvits TV, Shenton ME, Pitman RK, Orr SP. Configural cue performance in identical twins discordant for posttraumatic stress disorder: theoretical implications for the role of hippocampal function. *Biological Psychiatry* 2007;62:513-520 (Refereed article).

P-190. Sparr LF, Pitman RK. PTSD and the Law. In Friedman MJ, Keane TM, Resick PA (Eds.) *Handbook of PTSD: Science and Practice:* New York: Guilford Press, 2007:449-468 (Book chapter).

P-189. Milad MR, Wright CI, Orr SP, Pitman RK, Quirk GJ, Rauch SL. Recall of fear extinction in humans activates the ventromedial prefrontal cortex and hippocampus in concert. *Biological Psychiatry* 2007:62:446-454 (Refereed article).

P-188. Buhlmann U, Wilhelm S, Deckersbach T, Rauch SL, *Pitman RK*, Orr SP. Physiologic responses to loud tones in individuals with obsessive-compulsive disorder. *Psychosomatic Medicine* 2007;69:166-172 (Refereed article).

P-187. Pitman RK, Delahanty DL. Conceptually driven pharmacological approaches to acute trauma.  In Tsuang MT, Stone WS, Lyons MJ (Eds.): Recognition and Prevention of Major Mental and Substance Use Disorders. In Washington, D.C.: American Psychiatric Publishing, Inc., 2007:371-387 (Book chapter).

3BP-186. Milad MR, Rauch SL, Pitman RK, Quirk GJ. Fear extinction in rats: implications for human brain imaging and anxiety disorders. *Biological Psychology* 2006;73:61-71 (Refereed article).

P-185. Pollack MH, Simon NM, Fagiolini A, Pitman R, McNally RJ, Nierenberg AA, Miyahara S, Sachs GS, Perlman C, Ghaemi SN, Thase ME, Otto MW. Persistent posttraumatic stress disorder following September 11 in patients with bipolar disorder. *Journal of Clinical Psychiatry* 2006;67:394-399 (Refereed article).

4BP-184. Milad MR, Goldstein JM, Orr SP, Wedig MM, Klibanski A, Pitman RK, Rauch SL. Fear conditioning and extinction: influence of sex and menstrual cycle in healthy humans. *Behavioral Neuroscience* 2006; 120:1196-1203 (Refereed article).

5BP-183. Levitt JJ, Chen QC, May FS, Gilbertson MW, Shenton ME, Pitman RK. Volume of cerebellar vermis in monozygotic twins discordant for combat exposure: lack of relationship to post-traumatic stress disorder. *Psychiatry Research* 2006;148:143-149 (Refereed article).

P-182. Orr SP, Milad MR, Metzger LJ, Lasko NB, Gilbertson MW, Pitman RK. Effects of beta blockade, PTSD diagnosis, and explicit threat on the extinction and retention of an aversively conditioned response. *Biological Psychology*, 2006;73:262-271 (Refereed article).

P-181. Pitman RK, Gilbertson MW, Gurvits TV, May FS, Lasko NB, Metzger LJ, Shenton ME, Yehuda R, Orr SP. Clarifying the origin of biological abnormalities in PTSD through the study of identical twins discordant for combat exposure. *Annals of the New York Academy of Sciences* 2006; 1071:242-254 (Non-Refereed article).

6BP-180. Shin LM, Rauch SL, Pitman RK. Amygdala, medial prefrontal cortex, and hippocampal function in PTSD. *Annals of the New York Academy of Sciences* 2006;1071:67-79 (Non-Refereed article).

0BP-179. Gilbertson MW, Paulus L, Williston S, Gurvits TV, Lasko NB, Shenton ME, Pitman RK, Orr SP. Neurocognitive function in monozygotic twins discordant for combat exposure: relationship to posttraumatic stress disorder. *Journal of Abnormal Psychology* 2006;115:484-495 (Refereed article).

7BP-178. Hinton DE, Chhean D, Pich V, Pollack MH, Orr SP, Pitman, RK. Assessment of posttraumatic stress disorder in Cambodian refugees using a Khmer language version of the Clinician-Administered PTSD Scale: psychometric properties and symptom severity. *Journal of Traumatic Stress* 2006;19:405-409 (Refereed article).

8BP-177. Gurvits TV, Metzger LJ, Lasko NB, Cannistraro PA, Tarhan AS, Gilbertson MW, Orr SP, Charbonneau AM, Wedig MM, Pitman RK. Subtle neurological compromise as a vulnerability factor for combat-related

posttraumatic stress disorder: results of a twin study. *Archives of General Psychiatry* 2006;63:571-576 (Refereed article).

9BP-176. Pitman RK. Secondary pharmacological prevention of PTSD: therapeutic implications for a translational model. In Kato N, Kawata M, Pitman RK (Eds.): *PTSD: Brain Mechanisms and Clinical Implications*. In Tokyo: Springer-Verlag, 2006:281-296 (Book chapter).

10BP-175. Kato N, Kawata M, Pitman RK (eds.) *PTSD: Brain Mechanisms and Clinical Implications.* Tokyo: Springer-Verlag, 2006 (Book).

P-174. Pitman RK. Combat effects on mental health: the more things change, the more they remain the same. *Archives of General Psychiatry* 2006;63:127-128 (Commentary).

P-173. Rauch SL, Milad MR, Orr SP, Quinn BT, Fischl B, Pitman, RK. Orbitofrontal thickness, retention of fear extinction, and extraversion. *Neuroreport* 2005;16:1909-1912 (Refereed article).

P-172. Milad MR, Quinn BT, Pitman RK, Orr SP, Fischl B, Rauch SL. Thickness of ventromedial prefrontal cortex in humans is correlated with extinction memory. *Proceedings of the National Academy of Science USA* 2005;102:10706-10711 (Refereed article).

1BP-171. Milad MR, Orr SP, Pitman RK, Rauch SL. Context modulation of memory for fear extinction in humans. *Psychophysiology* 2005;42:456-464 (Refereed article).

P-170. Elman I, Ariely D, Mazar N, Aharon I, Lasko NB, Macklin ML, Orr SP, Lukas SE, Pitman RK. Probing reward function in post-traumatic stress disorder with beautiful facial images. *Psychiatry Research* 2005;135:179-183 (Refereed article).

P-169. Shin LM, Wright CI, Cannistraro PA, Wedig MM, McMullin K, Martis B, MD, Macklin ML, Lasko NB, Cavanagh SR, Krangel TS, Orr SP, Pitman RK, Whalen PJ, Rauch SL. A functional magnetic resonance imaging study of amygdala and medial prefrontal cortex responses to overtly presented fearful faces in posttraumatic stress disorder. *Archives of General Psychiatry* 2005;62:273-281 (Refereed article).

P-168. Pitman RK, Delahanty DL. Conceptually driven pharmacological approaches to trauma.  *CNS Spectrums* 2005;10:99-106 (Refereed article).

P-167. Zatzick D, Russo J, Pitman RK, Rivara F, Jurkovich G, Roy-Byrne P. Reevaluating the association between emergency department heart rate and the development of PTSD: a public health approach. *Biological Psychiatry* 2005;57:91-95 (Refereed article).

P-166. Roy-Byrne P, Arguelles L, Vitek ME, Goldberg J, Keane TM, True WR, Pitman RK. Persistence and change of PTSD symptomatology: a longitudinal co-twin control analysis of the Vietnam Era Twin Registry. *Social*

*Psychiatry and Psychiatric Epidemiology* 2004;39:681-685 (Refereed article).

P-165. Hinton D, So V, Pollack MH, Pitman RK, Orr SP. The psychophysiology of orthostatic panic in Cambodian refugees attending a psychiatric clinic. *Journal of Psychopathology and Behavioral Assessment* 2004;26:1-13 (Refereed Article).

P-164. McNally RJ, Lasko NB, Clancy SA, Macklin ML, Pitman RK, Orr SP. Psychophysiologic responding during script-driven imagery in people reporting abduction by space aliens. *Psychological Science* 2004;15:493-497 (Refereed article).

P-163. Metzger LJ, Paige SR, Carson MA, Lasko NB, Paulus LA, Pitman RK, Orr SP. PTSD arousal and depression symptoms associated with increased right-sided parietal EEG asymmetry. *Journal of Abnormal Psychology* 2004;113:324-329 (Refereed article).

P-162. Roy-Byrne PP, Russo J, Michelson E, Zatzick D, Pitman RK, Berliner L. Risk factors and outcome in ambulatory assault victims presenting to the acute emergency department setting: Implications for secondary prevention studies in PTSD. *Depression and Anxiety* 2004;19:77-84 (Refereed article).

P-161. Shin LM, Shin PS, Heckers S, Krangel TS, Macklin ML, Orr SP, Lasko NB, Segal E, Makris N, Richert K, Levering J, Schacter DL, Alpert NM, Fischman AJ, Pitman RK, Rauch SL. Hippocampal function in posttraumatic stress disorder. *Hippocampus* 2004;14:292-300 (Refereed article).

P-160. May FS, Chen QC, Gilbertson MW, Shenton ME, Pitman RK. Cavum septum pellucidum in monozygotic twins discordant for combat exposure: relationship to PTSD. *Biological Psychiatry* 2004;55:656-658 (Refereed article).

P-159. Shin LM, Orr SP, Carson MA, Rauch SL, Macklin ML, Lasko NB, Marzol Peters P, Metzger LJ, Dougherty DD, Cannistraro P, Alpert NM, Fischman AJ, Pitman RK. Regional cerebral blood flow in amygdala and medial prefrontal cortex during traumatic imagery in male and female Vietnam veterans with PTSD. *Archives of General Psychiatry* 2004;61;168-176 (Refereed article).

P-158. Bonne O, Brandes D, Segman R, Pitman RK, Yehuda R, Shalev AY. Prospective evaluation of plasma cortisol in recent trauma survivors with PTSD. *Psychiatry Research* 2003;119:171-175. (Refereed article).

11BP-157. Ornstein RD, Pitman RK. Trauma and posttraumatic stress disorder. In Stern TA, Herman JB (Eds.) *MGH Psychiatry Update and Board Preparation.* New York: McGraw-Hill Professional, 2003:129-137 (Book chapter).

P-156. Rauch SL, Shin LM, Segal E, Pitman RK, Carson MA, McMullin K, Whalen PJ, Makris N. Selectively reduced regional cortical volumes in posttraumatic stress disorder. *NeuroReport* 2003;14:913-916 (Refereed article).

P-155. Roy-Byrne P, Berliner L, Russo J, Zatzick D, Pitman RK.  Treatment preferences and determinants in victims of sexual and physical assault. *Journal of Nervous and Mental Disease* 2003;191:161-165 (Refereed article).

P-154. Orr SP, Metzger LJ, Lasko NB, Macklin ML, Hu FB, Shalev AY, Pitman RK.  Physiologic responses to sudden, loud tones in monozygotic twins discordant for combat exposure: association with PTSD. *Archives of General Psychiatry* 2003;60:283-288 (Refereed article).

P-153. Hagengimana A, Hinton D, Bird B, Pollack M, Pitman RK. Somatic panic-attack equivalents in a community sample of Rwandan widows who survived the 1994 genocide. *Psychiatry Research* 2003;117:1-9 (Refereed article).

P-152. Pitman RK, Orr SP. Forensic laboratory testing for post-traumatic stress disorder. In Simon RI (Ed.): *Posttraumatic Stress Disorder in Litigation: Guidelines for Forensic Assessment*, 2nd Ed. Washington, DC: American Psychiatric Press, 2003:207-223 (Book chapter).

P-151. Gurvits TV, Lasko NB, Repak AL, Metzger LJ, Orr SP, Pitman RK. Performance on visuospatial copying tasks in individuals with chronic post-traumatic stress disorder. *Psychiatry Research* 2002;112:263-268 (Refereed article).

P-150. Gilbertson MW, Shenton ME, Ciszewski A, Kasai K, Lasko NB, Orr SP, Pitman RK. Smaller hippocampal volume predicts pathologic vulnerability to psychological trauma. *Nature Neuroscience* 2002;5:1242-1247 (Refereed article).

P-149. Gurvits TV, Carson MA, Metzger LJ, Croteau HB, Lasko NB, Orr SP, Pitman RK. Absence of selected neurological soft signs in Vietnam nurses with posttraumatic stress disorder. *Psychiatry Research* 2002;110:81-85 (Refereed article).

P-148. Clancy SA, McNally RJ, Schacter DL, Lenzenweger MF, Pitman RK. Memory distortion in people reporting abduction by aliens. *Journal of Abnormal Psychology* 2002;111:455-461 (Refereed article).

P-147. Orr SP, Metzger LJ, Pitman RK. Psychophysiology of post-traumatic stress disorder. *Psychiatric Clinics of North America* 2002;25:271-293 (Refereed article).

P-146. Metzger LJ, Carson MA, Paulus LA, Lasko NB, Paige SR, Pitman RK, Orr SP. Event-related potentials to auditory stimuli in female Vietnam nurse veterans with posttraumatic stress disorder. *Psychophysiology*, 2002;39:49-63 (Refereed article).

P-145. Pitman RK, Sanders KM, Zusman RM, Healy AR, Cheema F, Lasko NB, Cahill L, Orr SP. Pilot study of secondary prevention of post-traumatic stress disorder with propranolol. *Biological Psychiatry* 2002;51:189-192 (Refereed article).

P-144. Shin LM, Whalen PJ, Pitman RK, Bush G, Macklin ML, Lasko NB, Orr SP, McInerney SC, Rauch SL. An fMRI study of anterior cingulate function in posttraumatic stress disorder. *Biological Psychiatry* 2001;50:932-942 (Refereed article).

P-143. Pitman RK, Shin LM, Rauch SL. Investigating the pathogenesis of post-traumatic stress disorder with neuroimaging. *Journal of Clinical Psychiatry* 2001;62S17:47-54 (Refereed article).

P-142. Bonne O, Brandes D, Gilboa A, Gomori JM, Shenton ME, Pitman RK, Shalev AY. Longitudinal MRI study of hippocampal volume in trauma survivors with PTSD. *American Journal of Psychiatry* 2001;158:1248-1251 (Refereed article).

P-141. Gilbertson MW, Gurvits TV, Lasko NB, Orr SP, Pitman RK. Multivariate assessment of explicit memory function in combat veterans with PTSD. *Journal of Traumatic Stress* 2001;14:437-456 (Refereed article).

P-140. Pitman RK. Hippocampal diminution in PTSD: more (or less) than meets the eye? *Hippocampus* 2001;11:73-74 (Refereed article).

P-139. Shin LM, Rauch SL, Pitman RK. Symptom provocation studies: the example of anxiety disorders. In Dougherty D, Rauch SL, (Eds.): *Psychiatry Neuroimaging Research: Contemporary Strategies*. Washington, D.C.: American Psychiatric Press, 2001:101-124 (Book Chapter).

P-138. Pitman RK, Lanes DM, Williston SK, Guillaume JL, Metzger LJ, Gehr GM, Orr SP. Psychophysiologic assessment of post-traumatic stress disorder in breast cancer patients. *Psychosomatics* 2001;42:133-140 (Refereed article).

P-137. Clancy SA, Schacter DL, McNally RJ, Pitman RK. False recognition in women reporting recovered memories of sexual abuse. *Psychological Science* 2000;11:26-31 (Refereed article).

P-136. McNally RJ, Clancy SA, Schachter DL, Pitman RK. Personality profiles, dissociation, and absorbtion in women reporting repressed, recovered, or continuous memories of childhood sexual abuse. *Journal of Consulting and Clinical Psychology* 2000;68:1033-1037 (Refereed article).

P-135. Carson MA, Paulus LA, Lasko NB, Metzger LJ, Wolfe J, Orr SP, Pitman RK. Psychophysiologic assessment of post-traumatic stress disorder in Vietnam nurse veterans who witnessed injury or death. *Journal of Consulting and Clinical Psychology* 2000;68:890-897 (Refereed article).

P-134. McNally  RJ, Clancy SA, Schacter DL, Pitman RK. Cognitive processing of trauma cues in adults reporting repressed, recovered, or continuous memories of childhood sexual abuse. *Journal of Abnormal Psychology* 2000;109:355-359 (Refereed article).

P-133. Shin LM, Dougherty DD, Orr SP, Pitman RK, Lasko M, Macklin M, Alpert NM, Fischman AJ, Rauch SL. Activation of anterior paralimbic structures during guilt-related script-driven imagery. *Biological Psychiatry* 2000;48:43-50 (Refereed article).

P-132. Orr SP, Metzger LJ, Lasko NB, Macklin ML, Peri T, Pitman RK. De novo conditioning in trauma-exposed individuals with and without post-traumatic stress disorder. *Journal of Abnormal Psychology* 2000;109:290-298 (Refereed article).

P-131. Rauch SL, Whalen PJ, Shin LM, McInerney SC, Macklin ML, Lasko NB, Orr SP, Pitman RK. Exaggerated amygdala response to masked facial stimuli in posttraumatic stress disorder: a functional MRI study. *Biological Psychiatry* 2000;47:769-776 (Refereed article).

P-130. Shalev AY, Peri T, Brandes D, Freedman S, Orr SP, Pitman RK. Auditory startle responses in trauma survivors with PTSD: a prospective study. *American Journal of Psychiatry* 2000;157:255-261 (Refereed article).

P-129. Gurvits TV, Gilbertson MW, Lasko NB, Tarhan AS, Simeon D, Macklin ML, Orr SP, Pitman RK. Neurologic soft signs in chronic post-traumatic stress disorder. *Archives of General Psychiatry* 2000;57:181-186 (Refereed article).

P-128. Macklin ML, Metzger LJ, Lasko NB, Berry NJ, Orr SP, Pitman RK. Five-year follow-up of eye movement desensitization and reprocessing (EMDR) therapy for combat-related post-traumatic stress disorder. *Comprehensive Psychiatry* 2000;41:24-27 (Refereed article).

P-127. Pitman RK, Shalev AY, Orr SP. Post-traumatic stress disorder: emotion, conditioning, and memory. In Gazzaniga MS (Ed.): *The Cognitive Neurosciences*. Cambridge, MA: MIT Press, 2000:1133-1147 (Book chapter).

P-126. Pitman RK, Orr SP, Shalev AY, Metzger LJ, Mellman, TA. Psychophysiologic alterations in post-traumatic stress disorder. *Seminars in Clinical Neuropsychiatry* 1999; 4:234-241 (Non-Refereed article).

P-125. Rauch SL, Shin LM, Dougherty DD, Alpert NM, Orr SP, Lasko M, Macklin ML, Fischman AJ, Pitman RK. Neural activation during sexual and competitive arousal in healthy men. *Psychiatry Research: Neuroimaging* 1999;91:1-10 (Refereed article).

P-124. Dougherty DD, Shin LS, Alpert NM, Pitman RK, Orr SP, Lasko M, Macklin ML, Fischman AJ, Rauch SL. Anger in healthy men: a PET study using script-driven imagery. *Biological Psychiatry* 1999;46:466-472 (Refereed article).

P-123. Metzger LJ, Orr SP, Berry, NJ Ahern CE, Lasko NB, Pitman RK. Physiologic reactivity to startling tones in women with PTSD. *Journal of Abnormal Psychology* 1999;108:347-352 (Refereed article).

P-122. Orr SP, Pitman RK. Neurocognitive risk factors for PTSD. In Yehuda R (Ed.): *Risk Factors for Posttraumatic Stress Disorder*. Washington, D.C.: American Psychiatric Press, 1999:125-141 (Book chapter).

P-121. Shin LM, McNally RJ, Kosslyn SM, Thompson WL, Rauch SL, Alpert NM, Metzger LJ, Lasko NB, Orr SP, Pitman RK. Regional cerebral blood flow during script-driven imagery in childhood sexual abuse-related posttraumatic stress disorder: a positron emission tomographic investigation. *American Journal of Psychiatry* 1999;156:575-584 (Refereed article).

P-120. Orr SP, Lasko NB, Metzger LJ, Berry NJ, Ahern CE, Pitman RK. Psychophysiologic assessment of women with PTSD resulting from childhood sexual abuse. *Journal of Consulting and Clinical Psychology* 1998;66:906-913 (Refereed article).

P-119. Sparr LF, Pitman RK. Forensic assessment of traumatized adults. In Saigh PA, Bremner JD (Eds.): *Posttraumatic Stress Disorder: A Comprehensive Text*. Boston: Allyn & Bacon, 1999:284-308 (Book chapter).

P-118. True WR, Pitman RK. Genetics and posttraumatic stress disorder. In Saigh PA, Bremner JD (Eds.): *Posttraumatic Stress Disorder: A Comprehensive Text*. Boston: Allyn & Bacon, 1999:144-159 (Book chapter).

P-117. McNally RJ, Metzger LJ, Lasko NB, Clancy SA, Pitman RK. Directed forgetting of trauma cues in adult survivors of childhood sexual abuse with and without posttraumatic stress disorder. *Journal of Abnormal Psychology* 1998;107:596-601 (Refereed article).

P-116. Rauch SL, Shin LM, Whalen PJ, Pitman RK. Neuroimaging and the neuroanatomy of posttraumatic stress disorder. *CNS Spectrums* 1998;3(7S2):30-41 (Non-Refereed article).

P-115. Shalev AY, Sahar T, Freedman S, Peri T, Glick N, Brandes D, Orr SP, Pitman RK. A prospective study of heart rate response following trauma and the subsequent development of PTSD. *Archives of General Psychiatry* 1998;55:553-559 (Refereed article).

P-114. Yehuda R, Resnick HS, Schmeidler JM, Yang RK, Pitman RK. Predictors of cortisol and MHPG responses in the acute aftermath of rape. *Biological Psychiatry* 1998;43:855-859 (Refereed article).

P-113. Pitman RK, Sparr LF. Post-traumatic stress disorder and the law. *PTSD Research Quarterly* 1998;9(2):1-6 (Non-Refereed article).

P-112. Rauch SL, Shin, LM, Pitman RK. Evaluating the effects of psychological trauma using neuroimaging techniques. In Yehuda R (Eds):

*Psychological Trauma*. Washington, D.C.: American Psychiatric Press, 1998:67-96 (Book chapter).

P-111. Shalev AY, Freedman S, Peri T, Brandes D, Sahar T, Orr SP, Pitman RK. Prospective study of posttraumatic stress disorder and depression following trauma. *American Journal of Psychiatry* 1998;155:630-637 (Refereed article).

P-110. Macklin ML, Metzger LJ, Litz BT, McNally RJ, Lasko NB, Gurvits TV, Orr SP, Pitman RK. Lower pre-combat intelligence is a risk factor for post-traumatic stress disorder. *Journal of Consulting and Clinical Psychology* 1998;66:323-326 (Refereed article).

P-109. Orr SP, Meyerhoff JL, Edwards JV, Pitman RK. Heart rate and blood pressure resting levels and responses to generic stressors in Vietnam veterans with post-traumatic stress disorder. *Journal of Traumatic Stress* 1998;11:155-164 (Refereed article).

P-108. Shalev AY, Peri T, Gelpin E, Orr SP, Pitman RK. Psychophysiologic assessment of mental imagery of stressful events in Israeli civilian posttraumatic stress disorder patients. *Comprehensive Psychiatry* 1997;38:269-273 (Refereed article).

P-107. Orr SP, Lasko NB, Metzger LJ, Pitman RK. Physiologic responses to non-startling tones in Vietnam veterans with PTSD. *Psychiatry Research* 1997;73:103-107 (Refereed article).

P-106. Metzger LJ, Orr SP, Lasko NB, Pitman RK. Auditory event-related potentials to tone stimuli in combat-related post-traumatic stress disorder. *Biological Psychiatry* 1997;42:1006-1015 (Refereed article).

P-105. Pitman RK. A diagnostic treatment algorithm for posttraumatic stress disorder. *Primary Psychiatry* 1997;4:59-67 (Non-Refereed article).

P-104. Shin LM, McNally RJ, Kosslyn SM, Thompson WL, Rauch SL, Alpert NM, Metzger LJ, Lasko NB, Orr SP, Pitman RK. A positron emission tomographic study of symptom provocation in PTSD. *Annals of the New York Academy of Sciences* 1997;821:521-523 (Extended abstract).

P-103. Metzger LJ, Orr SP, Lasko NB, Berry NJ, Pitman RK. Evidence for diminished P3 amplitudes in PTSD. *Annals of the New York Academy of Sciences* 1997;821:499-503 (Extended abstract).

P-102. Orr SP, Lasko NB, Metzger LJ, Berry, NJ Ahern CE, Pitman RK. Psychophysiologic assessment of PTSD in adult females sexually abused during childhood. *Annals of the New York Academy of Sciences* 1997;821:491-493 (Extended abstract).

P-101. Gilbertson MW, Gurvits TV, Lasko NB, Pitman RK. Neuropsychological assessment of Vietnam combat veterans with and without PTSD. *Annals of the New York Academy of Sciences* 1997;821:476-479 (Extended abstract).

P-100. Gurvits TV, Gilbertson MW, Lasko NB, Orr SP, Pitman RK. Neurological status of combat veterans and adult survivors of sexual abuse PTSD. *Annals of the New York Academy of Sciences* 1997;821:468-471 (Extended abstract).

P-99. Pitman RK. Overview of biological themes in PTSD. *Annals of the New York Academy of Sciences* 1997;821:1-9 (Non-Refereed article).

P-98. Shin LM, Kosslyn SM, McNally RJ, Alpert NM, Thompson WL, Rauch SL, Macklin MA, Pitman RK. Visual imagery and perception in posttraumatic stress disorder: a positron emission tomographic investigation. *Archives of General Psychiatry* 1997;54:233-241 (Refereed article).

P-97. Metzger LJ, Orr SP, Lasko NB, McNally RJ, Pitman RK. Seeking the source of emotional Stroop interference effects in PTSD: A study of P3s to traumatic words. *Integrative Physiological and Behavioral Science* 1997;32:43-51 (Refereed article).

P-96. Shalev AY, Peri T, Orr SP, Bonne O, Pitman RK. Auditory startle responses in help seeking trauma survivors. *Psychiatry Research* 1997;69:1-7 (Refereed article).

P-95. Orr SP, Solomon A, Peri T, Pitman RK, Shalev AY. Physiologic responses to loud tones in Israeli veterans of the 1973 Yom Kippur War. *Biological Psychiatry* 1997;41:319-326 (Refereed article).

P-94. Gurvits TV, Shenton ME, Hokama H, Ohta H, Lasko NB, Gilbertson MW, Orr SP, Kikinis R, Jolesz FA, McCarley RW, Pitman RK. Magnetic resonance imaging study of hippocampal volume in chronic, combat-related post-traumatic stress disorder. *Biological Psychiatry* 1996;40:1091-1099 (Refereed article).

P-93. Pitman RK, Orr SP, Altman B, Longpre RE, Poiré RE, Macklin ML. Emotional processing during eye movement desensitization and reprocessing therapy of Vietnam veterans with chronic post-traumatic stress disorder. *Comprehensive Psychiatry* 1996;37:419-429 (Refereed article).

P-92. Pitman RK, Orr SP, Altman B, Longpre RE, Poiré RE, Macklin ML, Michaels MJ, Steketee GS. Emotional processing and outcome of imaginal flooding therapy in Vietnam veterans with chronic post-traumatic stress disorder. *Comprehensive Psychiatry* 1996;37:409-418 (Refereed article).

P-91. Kosslyn SM, Shin LM, Thompson WL, McNally RJ, Rauch SL, Pitman RK, Alpert NM. Neural effects of visualizing and perceiving aversive stimuli: a PET investigation. *NeuroReport* 1996;7:1569-1576 (Refereed article).

P-90. Rauch SL, van der Kolk BA, Fisler RE, Alpert NM, Orr SP, Savage CR, Fischman AJ, Jenike MA, Pitman RK. A symptom provocation study of posttraumatic stress disorder using positron emission tomography and script-driven imagery. *Archives of General Psychiatry* 1996;53:380-387 (Refereed article).

P-89. Pitman RK, Sparr LF, Saunders LS, McFarlane. Legal issues in post-traumatic stress disorder. In van der Kolk BA, McFarlane AC, Weisaeth L (Eds.): *Traumatic Stress: The Effects of Overwhelming Experience on Mind, Body, and the Society*. New York: Guilford Press, 1996:378-397 (Book chapter).

P-88. Davidson J, Foa EB, Blank AS, Brett EA, Fairbank J, Green BL, Herman JL, Keane TM, Kilpatrick DL, March JS, McNally RJ, Pitman RK, Resnick HS, Rothbaum BO. Posttraumatic stress disorder. In Widiger TA, Frances AJ, Pincus HA, Ross R, First MB, Davis WW (Eds.): *DSM-IV Sourcebook*, vol 2. Washington: American Psychiatric Press, 1996:577-605 (Book chapter).

P-87. Tarabrina NV, Lazebnaya EO, Zelenova ME, Lasko NB, Orr SP, Pitman RK. Psychophysiologic responses of Chernobyl Liquidators. *Psikhologicheskiy Zhurnal* (Moscow) 1996;17:30-45 (Non-Refereed article).

P-86. Resnick HS, Yehuda R, Pitman RK, Foy DW. Effect of previous trauma on acute plasma cortisol level following rape. *American Journal of Psychiatry* 1995;152:1675-1677 (Refereed article).

P-85. McNally RJ, Lasko NB, Macklin ML, Pitman RK. Autobiographical memory disturbance in combat-related posttraumatic stress disorder. *Behaviour Research and Therapy* 1995;619-630 (Refereed article).

P-84. Pitman RK, Orr SP. Psychophysiology of emotional memory networks in posttraumatic stress disorder. In McGaugh JL, Weinberger NM, Lynch G (Eds.): *Brain and Memory: Modulation and Mediation of Neuroplasticity*. New York: Oxford University Press, 1995:75-83 (Book chapter).

P-83. Orr SP, Lasko NB, Shalev AY, Pitman RK. Physiologic responses to loud tones in Vietnam veterans with post-traumatic stress disorder. *Journal of Abnormal Psychology* 1995;104:75-82 (Refereed article).

P-82. Kohn Y, Newman ME, Lerer B, Orr SP, Pitman RK. Absence of reduced platelet adenylate cyclase activity in Vietnam veterans with PTSD. *Biological Psychiatry* 1995;37:205-208 (Refereed article).

P-81. Pitman RK. Obsessive compulsive disorder in Western history. In Hollander E, Zohar J, Marazziti D, Olivier B (Eds.): *Current Insights in Obsessive Compulsive Disorder*. Chichester, England: John Wiley & Sons Ltd., 1994:3-10 (Book chapter).

P-80. Gordan V, Pitman RK, Stukel TA, Teres D, Gillie E. A prediction rule for mortality in the medical intensive care unit based upon early acute organ-system failure. *Journal of Intensive Care Medicine* 1994;9:172-178 (Refereed article).

P-79. Lasko NB, Gurvits TV, Kuhne AA, Orr SP, Pitman RK. Aggression and its correlates in Vietnam veterans with and without chronic posttraumatic stress disorder. *Comprehensive Psychiatry* 1994;35:1-10 (Refereed article).

P-78. Pitman RK, Saunders LS, Orr SP. Psychophysiologic testing for post-traumatic stress disorder. *Trial* 1994;30:22-26 (Refereed article).

P-77. Pitman RK, Orr SP, Bursztajn HJ. Vinal v. New England Telephone: admission of PTSD psychophysiologic test results in a civil trial. *American Academy of Psychiatry and the Law Newsletter* 1993;18:67-69 (Non-Refereed article).

P-76. Saunders LS, Pitman RK, Orr SP. Providing objective proof of mental harm through psychophysiologic testing for post-traumatic stress disorder. *Trial Bar News* 1993;15:72-80 (Non-Refereed article).

P-75. Pitman RK, Orr SP, Lasko NB. Effects of intranasal vasopressin and oxytocin on physiologic responding during personal combat imagery in Vietnam veterans with post-traumatic stress disorder. *Psychiatry Research* 1993;48:107-117 (Refereed article).

P-74. Pitman RK. Psychobiology of post-traumatic stress disorder. *Journal of Psychopharmacology* 1993S:A4 (Abstract).

P-73. Pitman RK, Orr SP, Lowenhagen MJ, Macklin ML, Altman B. Pre-Vietnam contents of PTSD veterans' service medical and personnel records. *Year Book of Psychiatry and Applied Mental Health*. Chicago: Mosby-Year Book Inc., 1993:451-452 (Abstract).

P-72. Gurvits TV, Lasko NB, Schachter SC, Kuhne AA, Orr SP, Pitman RK. Neurological status of Vietnam veterans with chronic post-traumatic stress disorder. *Journal of Neuropsychiatry and Clinical Neurosciences* 1993;5:183-188 (Refereed article).

P-71. Pitman RK, Orr SP, Shalev AY. Once bitten, twice shy: beyond the conditioning model of PTSD. *Biological Psychiatry* 1993;33:145-146 (Editorial).

P-70. Shalev AY, Orr SP, Pitman RK. Psychophysiologic assessment of traumatic imagery in Israeli civilian post-traumatic stress disorder patients. *American Journal of Psychiatry* 1993;150:620-624 (Refereed article).

P-69. Pitman RK. Post-traumatic obsessive compulsive psychopathology: a case study. *Comprehensive Psychiatry* 1993;34:102-107 (Refereed article).

P-68. Pitman RK, Orr SP. Psychophysiologic testing for post-traumatic stress disorder: forensic psychiatric application. *Bulletin of the American Academy of Psychiatry and the Law* 1993;21:37-52 (Refereed article).

P-67. Orr SP, Pitman RK. Psychophysiologic assessment of veterans attempting to simulate post-traumatic stress disorder during personal combat imagery. *Biological Psychiatry* 1993;33:127-129 (Refereed article).

P-66. Orr SP, Pitman RK, Lasko NB, Herz LR. Psychophysiologic assessment of post-traumatic stress disorder imagery in World War II and Korean combat veterans. *Journal of Abnormal Psychology* 1993;102:152-159 (Refereed article).

P-65. Shalev AY, Orr SP, Peri P, Schreiber S, Pitman RK. Physiologic responses to loud tones in Israeli post-traumatic stress disorder patients. *Archives of General Psychiatry* 1992;49:870-875 (Refereed article).

P-64. Shalev AY, Orr SP, Pitman RK. Psychophysiologic response during script-driven imagery as an outcome measure in post-traumatic stress disorder. *Journal of Clinical Psychiatry* 1992;53:324-326. (Refereed article).

P-63. Pitman RK. Biological findings in PTSD: implications for DSM-IV classification. In Davidson JRT, Foa EB (Eds.): *Posttraumatic Stress Disorder: DSM-IV and Beyond*. Washington American Psychiatric Press, 1992:173-189 (Book chapter).

P-62. Shalev AY, Rogel-Fuchs Y, Pitman RK. Conditioned fear and psychological trauma. *Biological Psychiatry* 1992;31:863-865 (Editorial).

P-61. Pitman RK. Review of Biological Assessment and Treatment of Posttraumatic Stress Disorder. *Journal of Traumatic Stress* 1991;4:604-605 (Book review).

P-60. Pitman RK, Orr SP, Lowenhagen MJ, Macklin ML, Altman B. Pre-Vietnam contents of PTSD veterans' service medical and personnel records. *Comprehensive Psychiatry* 1991;32:1-7. (Refereed article).

P-59. Pitman RK. PTSD research activities at the Manchester, N.H. VA Medical Center. *PTSD Research Quarterly* 1991;2:8 (Non-Refereed article).

P-58. Pitman RK. The psychobiology of obsessive compulsive disorder: historical considerations. In Zohar Y, Insel T, Rasmussen S (Eds.): *Psychobiology of Obsessive-Compulsive Disorder*. New York: Springer, 1991:1-12 (Book chapter).

P-57. Pitman RK, Altman B, Greenwald E, Longpre RE, Macklin ML, Poirâ RE, Steketee GS. Psychiatric complications during flooding therapy for post-traumatic stress disorder. *Journal of Clinical Psychiatry* 1991;52:17-20 (Refereed article).

P-56. Pitman RK. Response to Frattaroli EJ: lack of a compulsivity continuum disputed. *Journal of Clinical Psychiatry* 1990;51:350 (Letter).

P-55. Pitman RK. Response to Feldmann TB: further thoughts on self-mutilation following trauma. *American Journal of Psychiatry* 1990;147:1106 (Letter).

P-54. Pitman RK, Orr SP. Kortisol- und Katecholamin-Konzentration im 24-Stunden-Urin von ehemaligen Kriegsteilnehmern mit posttraumatischem Stresssyndrom. *Psychiatry Digest* 1990;10:7-8 (Abstract).

P-53. Pitman RK, Orr SP. Modulation of the startle response in children with PTSD. *American Journal of Psychiatry* 1990;147:815-816 (Letter).

P-52. Pitman RK, Orr SP. The black hole of trauma. *Biological Psychiatry* 1990;27:469-471 (Editorial).

P-51. Pitman RK, van der Kolk BA, Orr SP, Greenberg MS. Naloxone-reversible analgesic response to combat-related stimuli in post-traumatic stress disorder: a pilot study. *Archives of General Psychiatry* 1990;47:541-544 (Refereed article).

P-50. Pitman RK. Self-mutilation in combat-related PTSD. *American Journal of Psychiatry* 1990;147:123-124 (Letter).

P-49. Green RC, Pitman RK. Tourette syndrome and obsessive-compulsive disorder: clinical relationships. In Jenike MA, Baer L, Minichiello WE (Eds.): *Obsessive-Compulsive Disorder: Theory and Management*, Second Edition. Chicago: Year Book Medical Publishers, 1990:61-75 (Book chapter).

P-48. Orr SP, Claiborn JM, Altman B, Forgue DF, de Jong JB, Pitman RK, Herz LR. Psychometric profile of PTSD, anxious, and healthy Vietnam veterans: correlations with psychophysiologic responses. *Journal of Consulting and Clinical Psychology* 1990;58:329-335 (Refereed article).

P-47. Pitman RK, Orr SP, Forgue DF, Altman B, de Jong JB, Herz LR. Psychophysiologic responses to combat imagery of Vietnam veterans with post-traumatic stress disorder versus other anxiety disorders. *Journal of Abnormal Psychology* 1990;99:49-54 (Refereed article).

P-46. Pitman RK, Orr SP, van der Kolk BA, Greenberg MS, Meyerhoff JL, Mougey EH. Analgesia: a new dependent variable for the biological study of posttraumatic stress disorder. In Wolf ME, Mosnaim AD (Eds.): *Posttraumatic Stress Disorder: Etiology, Phenomenology, and Treatment*. Washington: American Psychiatric Press, 1990:140-147 (Book chapter).

P-45. Pitman RK, Orr SP. Twenty-four hour urinary cortisol and catecholamine excretion in combat-related post-traumatic stress disorder. *Biological Psychiatry* 1990;27:245-247 (Refereed article).

P-44. Pitman RK. VA accelerates support of PTSD research projects. *Research News* (Department of Veterans Affairs) Spring 1990:6-7 (Non-Refereed article).

P-43. Pitman RK, Orr SP, Steketee GS. Psychophysiological investigations of post-traumatic stress disorder imagery. *Psychopharmacology Bulletin* 1989;25:426-431 (Non-Refereed article).

P-42. van der Kolk BA, Greenberg MS, Orr SP, Pitman RK. Endogenous opioids, stress induced analgesia, and posttraumatic stress disorder. *Psychopharmacology Bulletin* 1989;25:417-421 (Non-Refereed article).

P-41. Pitman RK, Jenike MA. Normal and disordered compulsivity: evidence against a continuum. *Journal of Clinical Psychiatry* 1989;50:450-452 (Refereed article).

P-40. Pitman RK. Post-traumatic stress disorder, hormones, and memory. *Biological Psychiatry*, 1989;26:221-223 (Editorial).

P-39. Pitman RK, Orr SP. Psychophysiology of post-traumatic stress disorder. In Lerer B, Gershon S (Eds.): *New Directions in Affective Disorders*. New York: Springer-Verlag, 1989:447-450 (Book chapter).

P-38. Pitman RK. Animal models of compulsive behavior. *Biological Psychiatry* 1989;26:189-198 (Refereed article).

P-37. Pitman RK, Altman B, Macklin ML. Prevalence of post-traumatic stress disorder in wounded Vietnam veterans. *American Journal of Psychiatry* 1989;146:667-669 (Refereed article).

P-36. Pitman RK, Jenike MA. Coprolalia in obsessive compulsive disorder: a missing link. *Journal of Nervous and Mental Diseases* 1988;176:311-313 (Refereed article).

P-35. Pitman RK. Post-traumatic stress disorder, conditioning, and network theory. *Psychiatric Annals* 1988;18:182-189 (Non-Refereed article).

P-34. Pitman RK. Who (or what) is in control here? *Continuing the Conversation* (Newsletter of the American Society for Cybernetics) 1987;9:2 (Commentary).

P-33. Pitman RK. Behavioral output can be controlled (in a sense). *Continuing the Conversation* (Newsletter of the American Society for Cybernetics) 1987;8:2-3 (Commentary).

P-32. Pitman RK, Orr SP, Forgue DF, de Jong JB, Claiborn JM. Psychophysiologic assessment of post-traumatic stress disorder imagery in Vietnam combat veterans. *Archives of General Psychiatry* 1987;44:970-975 (Refereed article).

P-31. Pitman RK. Pierre Janet on obsessive compulsive disorder (1903): review and commentary. *Archives of General Psychiatry* 1987;44:226-232 (Refereed article).

P-30. Pitman RK, Green RC, Jenike MA, Mesulam MM. Clinical comparison of Tourette syndrome and obsessive compulsive disorder. *American Journal of Psychiatry* 1987;144:1166-1171 (Refereed article).

P-29. Pitman RK. A cybernetic model of obsessive-compulsive psychopathology. *Comprehensive Psychiatry* 1987;28:334-343 (Refereed article).

P-28. Pitman RK, Kolb B, Orr SP, de Jong J, Yadati S, Singh MM. On the utility of ethological data in psychiatric research: the example of facial behavior in schizophrenia. *Ethology and Sociobiology* 1987;8:111S-1116S (Refereed article).

P-27. Orr SP, Pitman RK. Electrodermal psychophysiology of anxiety disorder: orienting response habituation and spontaneous fluctuation. *Biological Psychiatry* 1987;22:653-656 (Refereed article).

P-26. Pitman RK, Kolb B, Orr SP, Singh MM. Ethological study of facial behavior in nonparanoid and paranoid schizophrenics. *American Journal of Psychiatry* 1987;144:99-102 (Refereed article).

P-25. Green RC, Pitman RK. Tourette disorder and obsessive-compulsive disorder. In Jenike MA, Baer L, Minichiello WE (Eds.): *Obsessive-Compulsive Disorder: Theory and Management*. Littleton, MA: PSG, Inc., 1987:147-164 (Book chapter).

P-24. Pitman RK. Review of Post-Traumatic Stress Disorder and the War Veteran Patient. *Journal of Clinical Psychiatry* 1986;47:481 (Book review).

P-23. Pitman RK, Orr SP. Test of the conditioning model of neurosis: differential aversive conditioning of angry and neutral facial expressions. *Journal of Abnormal Psychology* 1986;95:208-213 (Refereed article).

P-22. Pitman RK. The septo-hippocampal system and ego. *Behavioral and Brain Sciences* 1984;7:744-745 (Commentary).

P-21. Pitman RK. Janet's Obsessions and Psychasthenia: a synopsis. *Psychiatric Quarterly* 1984;56:291-314 (Refereed article).

P-20. Pitman RK. Tourette's syndrome and ethology. *American Journal of Psychiatry* 1983;140:652 (Letter).

P-19. Kolada SJ, Pitman RK. Eye-head synkinesia in schizophrenic adults during a repetitive visual search task. *Biological Psychiatry* 1983;18:675-684 (Refereed article).

P-18. Singh MM, Becker RE, Pitman RK, Nasrallah MA, Lal H. Sustained improvement in tardive dyskinesia with diazepam: indirect evidence of corticolimbic involvement. *Brain Research Bulletin* 1983;11:179-185 (Refereed article).

P-17. Singh MM, Lal H, Becker RE, Pitman RK, Nasrallah H. Effectiveness of diazepam in tardive dyskinesia: indirect evidence for GABA-ergic

corticolimbic control of motor dysfunctions. *Federation Proceedings* 1982;41:1223 (Abstract).

P-16. Pitman RK, Singh MM, Druff JH. Decreased eyebrow raising by schizophrenics during interview. *Man Environment Systems* 1982;11:116 (Abstract).

P-15. Pitman RK. Neurological etiology of obsessive-compulsive disorders? *American Journal of Psychiatry* 1982;139:139-140 (Letter).

P-14. Pitman RK. Redirected aggression and suicide. *Behavioral and Brain Sciences* 1982;5:315-316 (Commentary).

P-13. Singh MM, Becker RE, Pitman RK, Nasrallah HA, Lal H, Dufresene RL, Weber SS, McCalley-Whitters M. Diazepam-induced changes in tardive dyskinesia: suggestions for a new conceptual model. *Biological Psychiatry* 1982;17:729-742 (Refereed article).

P-12. Singh MM, Kay SR, Pitman RK. Aggression control and structuring of social relations among recently admitted schizophrenics. *Psychiatry Research* 1981;5:157-169 (Refereed article).

P-11. Pitman RK. The adaptive role of maladaptive neurosis: an evolutionary misconception. *Biological Psychiatry* 1981;16:207-208 (Letter).

P-10. Lal H, Singh MM, Becker RE, Nasrallah H, Pitman R. Long-term alleviation of tardive dyskinesia with diazepam. *Journal of the American Osteopathic Association* 1981;80:759 (Abstract).

P-9. Singh MM, Kay SR, Pitman RK. Territorial behavior of schizophrenics: a phylogenetic approach. *Journal of Nervous and Mental Diseases* 1981;169:503-512 (Refereed article).

P-8. Pitman RK, Moffett PS. Somatization disorder (Briquet's syndrome) in a male veteran. *Journal of Nervous and Mental Diseases* 1981;169:462-466 (Refereed article).

P-7. Pitman RK. Austro-German ethology and schizophrenia. *Behavioral and Brain Sciences* 1980;3:627-628 (Commentary).

P-6. Pitman RK. The conditioning model of neurosis: promise and limitations. *Behavioral and Brain Sciences* 1980;6:462-463 (Commentary).

P-5. Singh MM, Nasrallah HA, Lal H, Pitman RK, Becker RE, Kucharski T, Karkalas J, Fox R. Treatment of tardive dyskinesia with diazepam: indirect evidence for the involvement of limbic, possibly GABA-ergic mechanisms. *Brain Research Bulletin* 1980;5S2:673-680 (Refereed article).

P-4. Pitman RK. A political implication of drug-induced supersensitivity. *American Journal of Psychiatry* 1979;137:993 (Letter).

P-3. Pitman RK. Differential bonding and triune brain. *American Journal of Psychiatry* 1979;136:997-998 (Letter).

P-2. Pitman RK. More on dominance, Freud, and sex. *American Journal of Psychiatry* 1975;132:568-569 (Letter).

P-1. Pitman RK. Dominance and sexual behavior related to psychoanalytic literature. *American Journal of Psychiatry* 1974;131:1289 (Letter).

<u>Invited Lectures</u> (L):

L-79. Script-driven imagery as a means of activating traumatic memory networks. Brainsway Ltd., Las Vegas, NV, February 16, 2015.

L-78. Reconsolidation blockade: a novel treatment for PTSD? Faculty of Medicine, University of Basel, Basel, Switzerland, February 28, 2014.

L-77. Novel treatments for PTSD. Symposium on Advances in Understanding Resilience and Treating Traumatic Stress. Icahn School of Medicine at Mt. Sinai, New York, NY, February 7, 2014.

L-76. Memory reconsolidation and posttraumatic stress disorder. Wisconsin Symposium on Emotion, University of Wisconsin, Madison, WI, April 18, 2013.

L-75. Reconsolidation blockade: a novel treatment for PTSD? Symposium on Psychotraumatism and Addiction, Swiss Society of Psychotraumatology, Geneva, Switzerland, March 23, 2012.

L-74. Studies of identical twins discordant for combat exposure in Vietnam, Symposium on the Stressed Brain in the 21st Century, Hunter College of the City University of New York, New York, N.Y., March 16, 2012

L-73. Stress, anxiety, and trauma. University of Jordan Faculty of Medicine, Amman, Jordan, March 7, 2012.

L-72. PTSD and neuroscience. Al Quds University School of Medicine, East Jerusalem, Palestine, March 4, 2012.

L-71. Reconsolidation blockade: a novel treatment for PTSD? Keynote Lecture, International Society for Traumatic Stress Studies Annual Meeting, Montreal, PQ, November 6, 2010.

L-70. Reconsolidation blockade: a novel treatment for PTSD? Psychiatric Grand Rounds, New York University, New York, NY, September 30, 2010.

L-69. Reconsolidation blockade: a novel treatment for PTSD? Symposium 2010 Neurosciences Cliniques & Psychiatrie. Lausanne, Switzerland, September 2, 2010.

L-68. Reconsolidation blockade: a novel treatment for PTSD? 7th World Congress on Stress. Leiden, Netherlands, August 27, 2010

L-67. Post traumatic stress disorder: new research shows promise for a cure.  Royal Ottawa Mental Health Centre.  Ottawa, Canada, November 8, 2009.

L-66. Traditional and novel treatments for posttraumatic stress disorder. Chinese Medical Association Conference on Anxiety Disorders, Dalian, China, August 7, 2009.

L-65. Fear acquisition, extinction, and reconsolidation. 21st European College of Neuropsychopharmacology Conference, Barcelona, Spain, September 2, 2008.

L-64. Clarifying the origin of biological abnormalities in PTSD through the study of identical twins discordant for combat exposure. 11th International Multidisciplinary Neuroscience and Biopsychiatry Conference: Stress and Behavior, St. Petersburg, Russia, May 20, 2008.

L-63. Neuroimaging studies of post-traumatic stress disorder. VA Medical Center, West Roxbury, MA, May 16, 2007.

L-62. Neurobiological studies of post-traumatic stress disorder. Veterans Affairs Canada National Conference, Montreal, PQ, Canada, May 9, 2007.

L-61. Neuroethics of the use of propranolol for secondary prevention of post-traumatic stress disorder. National Institute of Mental Health, Bethesda, MD, April 24, 2007.

L-60. Psychobiologic studies of post-traumatic stress disorder. Cambridge Hospital Department of Psychiatry, Cambridge, MA, October 4, 2006.

L-59. Stress hormones and post-traumatic stress disorder, Koninklijke Nederlandse Akademie van Wetenschappen, Amsterdam, Netherlands, August 29, 2006.

L-58. Psychobiologic studies of post-traumatic stress disorder. Brown University Department of Psychiatry, Providence, RI, April 5, 2006.

L-57. Reconsolidation blockade with propranolol in post-traumatic stress disorder. Banbury Conference, Cold Spring Harbor, NY, March 28, 2006.

L-56. Research into novel uses of beta-adrenergic blockers in the prevention and treatment of post-traumatic stress disorder. Memory and Brain: Basic Mechanisms and Clinical Implications, University of California, Irvine, CA, March 14, 2006.

L-55. Psychobiologic studies of post-traumatic stress disorder. Boston University Department of Psychiatry, Boston, MA, May 19, 2005.

L-54. Secondary pharmacological prevention of PTSD: therapeutic implications for a translational model. PTSD: Brain Mechanisms and Clinical Implications. Kiyoto, Japan, February 17, 2005.

L-53. Psychobiologic studies of post-traumatic stress disorder. Tufts University Department of Psychiatry, Boston, MA, September 27, 2004.

L-52. Psychobiologic studies of post-traumatic stress disorder: an update.  Stanford University Department of Psychiatry, Palo Alto, CA, April 15, 2004.

L-51. Conceptually driven pharmacological approaches to acute trauma. Anxiety Disorders Association of America Satellite Research Conference, Miami, FL, March 11, 2004.

L-50. Psychobiologic studies of post-traumatic stress disorder. University of Michigan Department of Psychiatry, Ann Arbor, MI, October 17, 2003.

L-49. Psychobiologic studies of post-traumatic stress disorder. University of Wisconsin Department of Psychiatry, Madison, WI, February 28, 2003.

L-48. Psychobiologic studies of post-traumatic stress disorder.  Stanford University Department of Psychiatry, Palo Alto, CA, October 17, 2002.

L-47. Preventive therapeutic interventions: future perspectives. 4th National Scientific Day, Association de Formation et de Recherche des Cellules d'Urgence Médico-Psychologique, Marseilles, France, June 21, 2002.

L-46. PTSD, the amygdala, and hormonal modulation of memory: implications for secondary pharmacologic prevention. University of Siena Conference on Traumatic Events and Mental Health, Siena, Italy, June 6, 2002.

L-45. Clinical aspects of post-traumatic stress disorder. University of Siena Conference on Traumatic Events and Mental Health, Siena, Italy, June 5, 2002.

L-44. Neuropsychopharmacological studies of conditioning and memory in PTSD.  Massachusetts Institute of Technology Symposium on the Neuropsychiatry of Post-Traumatic Stress Disorder, Cambridge, MA May 14, 2002.

L-43. PTSD, the brain, hormones and memory. Illinois Psychiatric Society Spring Colloquium, Chicago, IL, April 10, 2002.

L-42. Psychobiology of post-traumatic stress disorder. Ontario Psychiatric Association, Toronto, Ontario, Canada, January 18, 2001.

L-41. Psychobiology of post-traumatic stress disorder.  Yale Trauma Recovery Program, New Haven, CT, March 2, 2000.

L-40. Neuropeptides and post-traumatic stress disorder.  Summer Neuropeptide Conference, Key West, FL, June 28, 1999.

L-39. Neurobiology of post-traumatic stress disorder. Butler Hospital/Brown University School of Medicine, Providence, RI, February 4, 1999.

L-38. Post-traumatic stress disorder and psychophysiology. New Hampshire Psychological Association, Manchester, NH, January 9, 1998.

L-37. Psychobiologic research into post-traumatic stress disorder. University of Melbourne, Melbourne, Australia, December 5, 1997.

L-36. Psychobiologic research into post-traumatic stress disorder. University of Tasmania Royal Hobart Hospital, Hobart, Australia, December 4, 1997.

L-35. Psychobiologic research into post-traumatic stress disorder. University of Adelaide Queen Elizabeth Hospital, Adelaide, Australia, December 2, 1997.

L-34. Psychobiologic research into post-traumatic stress disorder. University of Queensland Royal Brisbane Hospital, Brisbane, Australia, November 26, 1997.

L-33. Psychobiologic research into post-traumatic stress disorder. University of Canberra Center for Biomedical Sciences, Canberra, Australia, November 25, 1997.

L-32. Psychobiologic research into post-traumatic stress disorder. University of Sydney Westmead Hospital, Sydney, Australia, November 24, 1997.

L-31. New insights into post-traumatic stress disorder. Third Irving Health Foundation Distinguished Lecture Series on Brain, Learning, and Memory. University of California, Irvine, CA, May 21, 1997.

L-30. Psychophysiologic assessment of women's imagery of childhood sexual abuse. Cognitive Neuroscience Society, Boston, MA, March 24, 1997.

L-29. Psychophysiologic studies of post-traumatic stress disorder. University of California at San Francisco Medical School, San Francisco, CA, November 13, 1996.

L-28. Psychophysiologic studies of post-traumatic stress disorder. California Psychiatric Association Ninth Annual Premiere Conference, Rancho Mirage, CA, October 12, 1996.

L-27. Psychobiology of PTSD. California Psychiatric Association Ninth Annual Premiere Conference, Rancho Mirage, CA, October 11, 1996.

L-26. Overview of biological themes in PTSD. New York Academy of Sciences Conference on Psychobiology of Posttraumatic Stress Disorder, New York, September 7, 1996.

L-25. Post-traumatic stress disorder. Page and William Black Post-Graduate School of Medicine Symposium on Obsessive-Compulsive Spectrum Disorders: New Dimensions and Practical Management, New York, March 30, 1996.

L-24. Neurobiology of post-traumatic stress disorder. New Mexico Institute of Neuroimaging, Albuquerque, NM, March 15, 1996.

L-23. Magnetic resonance imaging studies of hippocampal volume in post-traumatic stress disorder. Rockefeller University, New York, NY, February 23, 1996.

L-22. Psychophysiology of post-traumatic stress disorder. Dartmouth Medical School Department of Psychiatry-New Hampshire Hospital, Concord, NH, October 5, 1995.

L-21. Psychobiology of post-traumatic stress disorder. State University of New York, Buffalo, NY, June 2, 1995.

L-20. Post-traumatic stress disorder and psychic injury. New Hampshire Bar Association Mid-Winter Meeting. Manchester, NH, January 27, 1995.

L-19. Neurologic status of Vietnam veterans with post-traumatic stress disorder (discussion). Massachusetts Neuropsychological Society. Boston, MA, January 3, 1995.

L-18. Psychobiology of post-traumatic stress disorder. British Association for Psychopharmacology, Kings College, Cambridge, U.K., July 26, 1993.

L-17. Historical perspective on obsessive compulsive disorder. First Plenary Session, First International Obsessive Compulsive Disorder Conference, Capri, Italy, March 12, 1993.

L-16. Psychophysiology of emotion memory networks in post-traumatic stress disorder. Fifth Conference on the Neurobiology of Learning and Memory, University of California, Irvine, CA, October 23, 1992.

L-15. Psychophysiologic testing for post-traumatic stress disorder: potential forensic psychiatric application. New Hampshire Trial Lawyers Association, Concord, NH, February 25, 1992.

L-14. Psychophysiology of post-traumatic stress disorder. Hahnemann Medical College, Philadelphia, PA, February 13, 1992.

L-13. Psychophysiology of post-traumatic stress disorder. University of Kansas Medical Center, Kansas City, KS, February 8, 1991.

L-12 Psychobiology of post-traumatic stress disorder. Duke University Medical Center, Asheville, NC, August 31, 1990.

L-11. Psychophysiology of post-traumatic stress disorder. Anxiety Disorders Association of America, Bethesda, MD, March 17, 1990.

L-10. The movie *Platoon* and post-traumatic stress disorder in Vietnam veterans. Israel Film Archive Cinematheque, Jerusalem, Israel, April 6, 1989.

L-9. The movie *Platoon* and post-traumatic stress disorder in Vietnam veterans. Israel Film Archive Cinematheque, Tel Aviv, Israel, April 4, 1989.

L-8. Psychophysiological studies of post-traumatic stress disorder. Hadassah University Hospital, Jerusalem, Israel, April 3, 1989.

L-7. Psychophysiology of post-traumatic stress disorder. Uniformed Services University of the Health Sciences, Bethesda, MD, May 25, 1988.

L-6. A psychobiological network theory of post-traumatic stress disorder. University of Florida, Gainesville, FL, March 4, 1988.

L-5. Psychophysiology of post-traumatic stress disorder. Worcester Memorial Hospital, Worcester, MA, January 20, 1988.

L-4. Psychophysiology of post-traumatic stress disorder. Nielson Distinguished Lecture Program, University of Utah School of Medicine, Salt Lake City, UT, January 6, 1988.

L-3. Neuroethology of forced agitations. Butler Hospital and Brown University School of Medicine, Providence, RI, October 8, 1987.

L-2. Combat stress reaction and post-traumatic stress disorder. Tidewater Chapter, Association of Military Surgeons of the United States, Norfolk, VA, May 15, 1987.

L-1. Psychophysiology of post-traumatic stress disorder. New York University School of Medicine, New York, NY, January 29, 1987.

<u>Grants Received</u> (G) (All as Principal Investigator. Dollar figures indicate direct costs):

G-20. Can Post mTBI Neurological Soft Signs Predict Postconcussive and PTSD Symptoms? May 20, 2011-December 19, 2012. U.S. Army Medical Research Material Command Telemedicine and Advanced Technology Research Center W81XWH-11-1-0408: $203,311.

G-19. Psychophysiology of delayed extinction and reconsolidation in humans. January 20, 2011-19 January 2014.  U.S. Army Defense Medical Research and Development Program #W81XWH-11-2-0092 (DM102744): $999,611.

G-18. Developing memory reconsolidation blockers as novel PTSD treatments. June 1, 2008-May 31, 2013. U.S. Army Congressionally Directed Medical Research Program #W81XWH-08-2-0126 (PT075809): $5,040,481.

G-17. A psychophysiologic study of weakening traumatic combat memories with post-reactivation propranolol. June 1, 2007-May 31, 2010. U.S. Army Congressionally Directed Medical Research Program. #W81XWH-07-1-0440 (PR064519): $624,826

G-16. Post-trauma prophylaxis of post-traumatic stress disorder with propranolol. August 1, 2004-May 31, 2009. NIMH #1R01MH068603-01A1: $1,512,095.

G-15. Supplement to twin study of biologic markers for PTSD. December 18, 2003-May 31, 2007. NIMH #2R01MH54636S1: $1,535,019.

G-14. Twin study of biologic markers for PTSD. July 1, 2002-June 30, 2007. NIMH #2R01MH54636: $1,910,188.

G-13. Secondary Prevention of Post-Traumatic Stress Disorder with Propranolol. September 1, 1998-May 31, 2002. NIMH #R01MH58671: $300,000.

G-12. PET study of cerebral blood flow during traumatic mental imagery in PTSD. October 1, 1996-September 30, 1999. VA Medical Research Service Merit Review: $308,800.

G-11. Twin study of biologic markers for PTSD. September 30, 1995-September 29, 2001. NIMH #R01MH54636: $1,701,803.

G-10. Incidence and psychophysiology of PTSD in breast cancer patients and witnesses. September 26, 1994-September 25, 1998. U.S. Army Peer-Reviewed Medical Research Program (PRMRP) #DAMD17-94-J-4365: $553,000.

G-9. Psychophysiology of visible and invisible trauma. September 1, 1994-August 31, 1997. NIH Fogarty International Center #R03TW00452: $60,000

G-8. Psychophysiologic study of child abuse imagery in adults. September 1, 1993-August 31, 1996. NIMH #R01MH48559: $268,000.

G-7. Psychophysiologic assessment of hormonal modulation of memory in PTSD. October 1, 1991-September 30, 1996. VA Medical Research Service Merit Review: $460,600.

G-6. Psychophysiology of imaginal flooding treatment of PTSD. September 1, 1988-August 31, 1993. NIMH #R01MH42872: $466,474.

G-5. Psychophysiology of post-traumatic stress disorder. April 1, 1987-March 31, 1990. VA Medical Research Service Merit Review: $169,544.

G-4. Psychophysiology of post-traumatic stress disorder. January 1, 1987-December 31, 1991. VA Medical Research Service Research Career Development: $523,840.

G-3. Service medical record review of PTSD Vietnam veterans. October 1, 1986-March 31, 1987. VA Medical Research Service Merit Review supplement: $31,000.

G-2. Psychophysiological assessment of post-traumatic stress disorder. April 1, 1985-March 31, 1987. VA Medical Research Service Merit Review: $95,000.

G-1. Conditioning, neurosis and person perception. September 15, 1983-March 31, 1987. NIMH: #R01MH39341: $60,143.