**BETTS, PATTERSON & MINES P.S.**
Christopher W. Tompkins (WSBA #11686)
CTompkins@bpmlaw.com
701 Pike Street, Suite 1400
Seattle, WA 98101-3927

**BLANK ROME LLP**
Henry F. Schuelke III (admitted *pro hac vice*)
HSchuelke@blankrome.com
600 New Hampshire Ave NW
Washington, DC 20037

James T. Smith (admitted *pro hac vice*)
Smith-jt@blankrome.com
Brian S. Paszamant (admitted *pro hac vice*)
Paszamant@blankrome.com
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103

Attorneys for Defendants Mitchell and Jessen

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

| | |
|---|---|
| SULEIMAN ABDULLAH SALIM, MOHAMED AHMED BEN SOUD, OBAID ULLAH (as personal representative of GUL RAHMAN),<br><br>                    Plaintiffs,<br>        vs.<br><br>JAMES ELMER MITCHELL and JOHN "BRUCE" JESSEN,<br><br>                    Defendants. | NO. 2:15-CV-286-JLQ<br><br>**DECLARATION OF CHRISTOPHER W. TOMPKINS IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO EXPEDITE CONSIDERATION OF PENDING MOTION** |

DECLARATION OF
CHRISTOPHER W. TOMPKINS          - 1 -
NO. 2:15-CV-286-JLQ

Betts
Patterson
Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

139114.00602/102223857v.1

I, Christopher W. Tompkins, hereby certify under penalty of perjury, that the following is true and correct and within my personal knowledge:

1.       I am over the age of 18, have personal knowledge of all facts contained in this declaration, and am competent to testify as a witness to those facts.

2.       I am one of the attorneys representing Defendants, James Elmer Mitchell and John "Bruce Jessen (collectively, "Defendants") in this action.

3.       Plaintiffs consent to the Joint Motion to Extend Deadlines.

4.       Defendants request expedited consideration of the Joint Motion to Extend Deadlines because an expedited decision will give the Parties certainty as to as to the remaining discovery, pretrial, and trial deadlines, and allow the Parties additional time to pursue settlement negotiations.

5.       Counsel for Defendants notified chambers of this motion on March 14, 2017.  Plaintiffs also consent to the expedited hearing of the Joint Motion to Extend Deadlines.

_s/ Christopher W. Tompkins_
Christopher W. Tompkins

Executed this 14th day of March, 2017
at Seattle, Washington.

DECLARATION OF
CHRISTOPHER W. TOMPKINS            - 2 -
NO. 2:15-CV-286-JLQ

139114.00602/102223857v.1

Betts
Patterson
Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
(206) 292-9988

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang<br>echiang@aclu-wa.org<br>ACLU of Washington Foundation<br>901 Fifth Ave, Suite 630<br>Seattle, WA 98164 | Paul Hoffman<br>hoffpaul@aol.com<br>Schonbrun Seplow Harris & Hoffman, LLP<br>723 Ocean Front Walk, Suite 100<br>Venice, CA 90291 |
| Andrew I. Warden<br>Andrew.Warden@usdoj.gov<br>Senior Trial Counsel<br>Timothy A. Johnson<br>Timothy.Johnson4@usdoj.gov<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave NW<br>Washington, DC 20530 | Steven M. Watt, admitted *pro hac vice*<br>swatt@aclu.org<br>Dror Ladin, admitted *pro hac vice*<br>dladin@aclu.org<br>Hina Shamsi, admitted *pro hac vice*<br>hshamsi@aclu.org<br>ACLU Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10007 |
| Avram D. Frey, admitted *pro hac vice*<br>afrey@gibbonslaw.com<br>Daniel J. McGrady, admitted *pro hac vice*<br>dmcgrady@gibbonslaw.com<br>Kate E. Janukowicz, admitted *pro hac vice*<br>kjanukowicz@gibbonslaw.com<br>Lawrence S. Lustberg, admitted *pro hac vice*<br>llustberg@gibbonslaw.com<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102 | |

By   *s/ Shane Kangas*
Shane Kangas
skangas@bpmlaw.com
Betts, Patterson & Mines, P.S.

DECLARATION OF CHRISTOPHER W. TOMPKINS NO. 2:15-CV-286-JLQ   - 3 -