Emily Chiang, WSBA No. 50517
echiang@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Phone: 206-624-2184

Dror Ladin (admitted *pro hac vice*)
Steven M. Watt (admitted *pro hac vice*)
Hina Shamsi (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Lawrence S. Lustberg (admitted *pro hac vice*)
Kate E. Janukowicz (admitted *pro hac vice*)
Daniel J. McGrady (admitted *pro hac vice*)
Avram D. Frey (admitted *pro hac vice*)
GIBBONS P.C.

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SULEIMAN ABDULLAH SALIM, MOHAMED AHMED BEN SOUD, OBAID ULLAH (AS PERSONAL REPRESENTATIVE OF GUL RAHMAN),<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ELMER MITCHELL and JOHN “BRUCE” JESSEN<br><br>Defendants. | 2:15-CV-286-JLQ<br><br>DECLARATION OF DROR LADIN IN SUPPORT OF PLAINTIFFS’ MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Oral Argument Requested<br>NOTE ON MOTION CALENDAR:<br><br>JULY 28, 2017,<br>9:30 A.M., AT<br>SPOKANE, WASHINGTON |

I, Dror Ladin, a member of the Bar of the State of New York and admitted *pro hac vice* to the Bar of this Court, declare under penalty of perjury as follows:

1. I am an attorney with the American Civil Liberties Union Foundation, and represent Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition transcript of James Elmer Mitchell, dated January 16, 2017.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition transcript of Jose Rodriguez, dated March 7, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition transcript of John "Bruce" Jessen, dated January 20, 2017.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – INTERROGATION PLAN [REDACTED]" and labelled with U.S. Bates numbers 001825-001828.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of a draft manuscript produced by Defendant Mitchell pursuant to Plaintiffs' discovery request, titled "Interrogating the Enemy" and labelled with Bates numbers MJ00022577, MJ00022604, MJ00022631–32 MJ00022666,



**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
**901 Fifth Ave, Suite 630**
**Seattle, WA 98164**
**(206) 624-2184**

MJ00022668, MJ00022671, MJ00022857, and MJ00022862.

7. Attached hereto as Exhibit F is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – BEHAVIORAL INTERROGATION TEAM SIT REPORT" and labelled with U.S. Bates numbers 001999-002000.

8. Attached hereto as Exhibit G is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – UPDATED INTERROGATION PLAN FOR ABU ZUBAYDAH" and labelled with U.S. Bates numbers 002144-002147.

9. Attached hereto as Exhibit H is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "Description of Physical Pressures" and labelled with U.S. Bates numbers 001109-001111.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of the Senate Committee on Armed Services, 110th Cong., 2d Sess., Report on Inquiry into the Treatment of Detainees in U.S. Custody (Comm. Print 2008).

11. Attached hereto as Exhibit J is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – DETAILS OF 11 AUGUST 2002 CYCLE OF INTERROGATIONS OF ABU ZUBAYDAH" and labelled with U.S. Bates numbers 001957-001960.



AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

12. Attached hereto as Exhibit K is a true and correct copy of excerpts of a document produced by the CIA pursuant to Defendants' subpoena, titled "[REDACTED] COUNTERTERRORISM DETENTION AND INTERROGATION ACTIVITIES (SEPTEMBER 2001-OCTOBER 2003) (2003-7123-IG)" and labelled with U.S. Bates numbers 001335, 001376, 001423-24.

13. Attached hereto as Exhibit L is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – STATUS OF THE AGGRESSIVE INTERROGATION PHASE; TRANSITION INTO MAINTENANCE AND LONG TERM DEBRIEFING" and labelled with U.S. Bates numbers 002382-002384.

14. Attached hereto as Exhibit M is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – STATUS OF THE INTERROGATION PHASE" and labelled with U.S. Bates numbers 002019-002023.

15. Attached hereto as Exhibit N is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – DETAILS RE INITIAL CYCLE OF INTERROGATIONS OF" and labelled with U.S. Bates numbers 001755-001759.



**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
**901 Fifth Ave, Suite 630**
**Seattle, WA 98164**
**(206) 624-2184**

16. Attached hereto as Exhibit O is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – DETAILS RE 05 AUGUST 02 CYCLE OF INTERROGATIONS OF ABU ZUBAYDAH" and labelled with U.S. Bates numbers 001799-001802.

17. Attached hereto as Exhibit P is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – DETAILS RE 06 AUGUST 02 CYCLE OF INTERROGATIONS OF ABU ZUBAYDAH" and labelled with U.S. Bates numbers 001803-001806.

18. Attached hereto as Exhibit Q is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – DETAILS RE 07 AUGUST 2002 CYCLE OF INTERROGATIONS OF ABU ZUBAYDAH" and labelled with U.S. Bates numbers 001942-001944.

19. Attached hereto as Exhibit R is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – DETAILS RE 8 AUGUST 2002 CYCLE OF INTERROGATIONS OF ABU ZUBAYDAH" and labelled with U.S. Bates numbers 001945-001948.

20. Attached hereto as Exhibit S is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – [REDACTED] TEAM ASSESSMENT OF CURRENT STATUS OF



**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
**901 Fifth Ave, Suite 630**
**Seattle, WA 98164**
**(206) 624-2184**

AGGRESSIVE INTERROGATION STRATEGY OF ABU ZUBAYDAH" and labelled with U.S. Bates numbers 002340-002342.

21. Attached hereto as Exhibit T is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – [REDACTED] ON ABU ZUBAYDAH AS OF 2300 HOURS (LOCAL TIME) 10 AUGUST 2002" and labelled with U.S. Bates numbers 001955-001956.

22. Attached hereto as Exhibit U is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY COMMENTS ON PROGRESS WITH ABU ZUBAYDAH INTERROGATION: LET'S STAY THE COURSE" and labelled with U.S. Bates numbers 002345-002347.

23. Attached hereto as Exhibit V is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – SITREP ON ABU ZUBAYDAH AS OF [REDACTED] 14 AUGUST 2002" and labelled with U.S. Bates numbers 002363-002365.

24. Attached hereto as Exhibit W is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – [REDACTED] ON ABU ZUBAYDAH AS OF 2000 HOURS (LOCAL TIME) 14 AUGUST 2002" and labelled with U.S. Bates numbers 001807-001808.



**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
**901 Fifth Ave, Suite 630**
**Seattle, WA 98164**
**(206) 624-2184**

25. Attached hereto as Exhibit X is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – SITREP ON ABU ZUBAYDAH [REDACTED] 19 AUGUST 2002" and labelled with U.S. Bates numbers 002379-002381.

26. Attached hereto as Exhibit Y is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY - COMMENTS ON PROPOSED ENHANCED INTERROGATION PROCESS" and labelled with U.S. Bates numbers 001770-001772.

27. Attached hereto as Exhibit Z is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – STATUS OF THE INTERROGATIONS" and labelled with U.S. Bates numbers 002388-002390.

28. Attached hereto as Exhibit AA is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "Re: Jim and Bruce" and labelled with U.S. Bates numbers 002581-002582.

29. Attached hereto as Exhibit BB is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – LESSONS FOR THE FUTURE" and labelled with U.S. Bates numbers 001610-001615.



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

30. Attached hereto as Exhibit CC is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "INDEPENDENT CONTRACTOR (IC) CONTRACT" and labelled with U.S. Bates numbers 000086-000094.

31. Attached hereto as Exhibit DD is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – INTERROGATION SUPPORT" and labelled with U.S. Bates numbers 001891-001892.

32. Attached hereto as Exhibit EE is a true and correct copy of excerpts of the deposition transcript of John Rizzo, dated March 20, 2017.

33. Attached hereto as Exhibit FF is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – DCI GUIDELINES FOR THE CONDUCT OF INTERROGATIONS" and labelled with U.S. Bates numbers 001170-001174.

34. Attached hereto as Exhibit GG is a true and correct copy of excerpts of a document produced by the DOJ pursuant to the Freedom of Information Act, titled "Office of Professional Responsibility, Rep. on Investigation into the OLC's Memoranda Concerning Issues Relating to the CIA's Use of 'Enhanced Interrogation Techniques' on Suspected Terrorists (2009)" and labelled with



AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

U.S. Bates numbers 000602, 000643, and 000733.

35. Attached hereto as Exhibit HH is a true and correct copy of excerpts of a document produced by the CIA pursuant to Defendants' subpoena, titled "Death Investigation - Gul RAHMAN" and labelled with U.S. Bates numbers 001112, 001124, 001126–27, and 001133.

36. Attached hereto as Exhibit II is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – GUL RAHMAN ADMITS HIS IDENTITY" and labelled with U.S. Bates numbers 001075-001077.

37. Attached hereto as Exhibit JJ is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "RAHMAN DEATH INVESTIGATION – INTERVIEW OF JOHN B. JESSEN" and labelled with U.S. Bates numbers 001047-001053.

38. Attached hereto as Exhibit KK is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "CHRONOLOGY OF SIGNIFICANT EVENTS" and labelled with U.S. Bates numbers 001547-001549.

39. Attached hereto as Exhibit LL is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

ONLY – NON-COMPLIANCE OF GUL RAHMAN COBALT" and labelled with U.S. Bates numbers 001072-001074.

40. Attached hereto as Exhibit MM is a true and correct copy of excerpts of a document produced by the CIA pursuant to Defendants' subpoena, titled "DEATH OF A DETAINEE IN [REDACTED]" and labelled with U.S. Bates numbers 001267, 001272-001312.

41. Attached hereto as Exhibit NN is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – FOR CTC/UBL – MENTAL STATUS EXAMINATION AND RECOMMENDED INTERROGATION PLAN FOR GUL RAHMAN" and labelled with U.S. Bates numbers 001056-001058.

42. Attached hereto as Exhibit OO is a true and correct copy of excerpts of the deposition transcript of Suleiman Abdullah Salim, dated March 14 and 15, 2017.

43. Attached hereto as Exhibit PP is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "BIOS [REDACTED]" and labelled with U.S. Bates numbers 001551-001581.

44. Attached hereto as Exhibit QQ is a true and correct copy of excerpts of a document produced by the CIA pursuant to Defendants' subpoena, titled



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

"Chronology of CIA High-Value Detainee Interrogation Technique" and labelled with U.S. Bates numbers 00001595-1609.

45. Attached hereto as Exhibit RR is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "CONFIRMATION THAT USMIL HAS RECLASSIFIED TANZANIAN DETAINEE ABDULLAH SULEIMAN AS NLEC, SCHEDULED FOR TRANSFER IN NEAR FUTURE" and labelled with U.S. Bates numbers 001528-001529.

46. Attached hereto as Exhibit SS is a true and correct copy of the August 17, 2008 Certificate for Release of Suleiman ((ABDULLAH)), S/O FNU ((ABDULLAH)), provided by the United States to Mr. Salim.

47. Attached hereto as Exhibit TT is a true and correct copy of excerpts of the deposition transcript of Mohamed Ahmed Ben Soud, dated January 31 and February 1, 2017.

48. Attached hereto as Exhibit UU is a true and correct copy of the document "Remarks by the President on the Death of Muammar Qaddafi, Oct. 20, 2011," https://obamawhitehouse.archives.gov/the-press-office/2011/10/20/remarks-president-death-muammar-qaddafi.

49. Attached hereto as Exhibit VV is a true and correct copy of excerpts



**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
**901 Fifth Ave, Suite 630**
**Seattle, WA 98164**
**(206) 624-2184**

of a document produced by the CIA pursuant to Defendants' subpoena, titled "DCI'S COUNTERTERRORIST CENTER (CTC) ELICITATION AND TRAINING FOR CTC 'ETC [REDACTED] PROJECT [REDACTED]" and labelled with U.S. Bates numbers 001583, 001585–86.

50. Attached hereto as Exhibit WW is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "Role of Mitchell, Jessen, and Associates in CTC [REDACTED] RDG program" and labelled with U.S. Bates numbers 001629-001630.

51. Attached hereto as Exhibit XX is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "1. How Much has the CIA paid Mitchell and Jessen since 2002?" and labelled with U.S. Bates numbers 001906-001907.

52. Attached hereto as Exhibit YY is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EIT Briefing for SECSTATE" and labelled with U.S. Bates numbers 001175-001177.

53. Attached hereto as Exhibit ZZ is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "MJA (Mitchell, Jessen & Associates)" and labelled with U.S. Bates numbers 001908-



**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
**901 Fifth Ave, Suite 630**
**Seattle, WA 98164**
**(206) 624-2184**

001910.

54. Attached hereto as Exhibit AAA is a true and correct copy of a document produced by the CIA pursuant to Plaintiffs' subpoena, titled "Interrogation and Coercive Physical Pressures: A Quick Overview" and labelled with U.S. Bates numbers 002285-002291.

55. Attached hereto as Exhibit BBB is a true and correct copy of a document, titled "CIA Comments on the Senate Select Committee on Intelligence Report on the Rendition, Detention, and Interrogation Program," https://www.cia.gov/library/reports/CIAs_June2013_Response_to_the_SSCI_Study_on_the_Former_Detention_and_Interrogation_Program.pdf.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Dror Ladin

Dated: May 22, 2017
New York, New York



AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184