Emily Chiang, WSBA No. 50517
echiang@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Phone: 206-624-2184

Dror Ladin (admitted *pro hac vice*)
Steven M. Watt (admitted *pro hac vice*)
Hina Shamsi (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Lawrence S. Lustberg (admitted *pro hac vice*)
Kate E. Janukowicz (admitted *pro hac vice*)
Daniel J. McGrady (admitted *pro hac vice*)
Avram D. Frey (admitted *pro hac vice*)
GIBBONS P.C.

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

SULEIMAN ABDULLAH SALIM, MOHAMED AHMED BEN SOUD, OBAID ULLAH (AS PERSONAL REPRESENTATIVE OF GUL RAHMAN),

Plaintiffs,

v.

JAMES ELMER MITCHELL and JOHN "BRUCE" JESSEN

Defendants.

2:15-CV-286-JLQ

DECLARATION OF STEVEN WATT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDNTS' MOTION FOR SUMMARY JUDGMENT

Oral Argument Requested
NOTE ON MOTION CALENDAR:

JULY 28, 2017,
9:30 A.M.,
SPOKANE, WASHINGTON



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

I, Steven Watt, a member of the Bar of the State of New York and admitted *pro hac vice* to the Bar of this Court, declare under penalty of perjury as follows:

1. I am an attorney with the American Civil Liberties Union Foundation, and represent Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Response to Defendants' Motion for Summary Judgment.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the deposition transcript of Jose Rodriguez, dated March 7, 2017.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the deposition transcript of James Elmer Mitchell, dated March 7, 2017.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of a draft manuscript produced by Defendant Mitchell pursuant to Plaintiffs' discovery request, titled "Interrogating the Enemy".

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the deposition transcript of John Rizzo, dated March 20, 2017.

6. Attached hereto as **Exhibit E** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "Subject: Qualifications to provide special mission interrogation consultation" and labelled with U.S. Bates numbers 001616-001618.



**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
**901 Fifth Ave, Suite 630**
**Seattle, WA 98164**
**(206) 624-2184**

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the deposition transcript of John Bruce Jessen, dated January 20, 2017.

8. Attached hereto as **Exhibit G** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "NEXT PHASE OF ABU ZUBAYDAH INTERROGATION" and labelled with U.S. Bates numbers 001839-001840.

9. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – LESSONS FOR THE FUTURE" and labelled with U.S. Bates numbers 001610-001615.

10. Attached hereto as **Exhibit I** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "EYES ONLY – INTERROGATION SUPPORT" and labelled with U.S. Bates numbers 001891-001892.

11. Attached hereto as **Exhibit J** are true and correct copies of Defendant Jessen's contracts with the U.S. Government produced by the CIA pursuant to Defendants' subpoena and labelled with U.S. Bates numbers 000086-000127.

12. Attached hereto as **Exhibit K** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "Central



**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
**901 Fifth Ave, Suite 630**
**Seattle, WA 98164**
**(206) 624-2184**

Intelligence Agency Inspector General: REPORT OF INVESTIGATION: DEATH OF A DETAINEE IN ____" and labelled with U.S. Bates numbers 001267-001334.

13. Attached hereto as **Exhibit L** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "DCI's Counterterrorist Center (CTC) Elicitation and Training for CTC" dated June 15, 2005 and labelled with U.S. Bates numbers 001583-001594.

14. Attached hereto as **Exhibit M** is a true and correct copy of a letter from the CIA dated June 27, 2013 and titled "CIA Comments on the Senate Select Committee on Intelligence Report on the Rendition, Detention and Interrogation Program" ("CIA Response").

15. Attached hereto as **Exhibit N** are true and correct copies of Defendant Jessen's contracts with the U.S. Government produced by the CIA pursuant to Defendants' subpoena labelled with U.S. Bates numbers 000025-000085.

16. Attached hereto as **Exhibit O** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "DCI's Counterterrorist Center (CTC) Elicitation and Training for CTC" dated October 20, 2005 and labelled with U.S. Bates numbers 001595-001609.

17. Attached hereto as **Exhibit P** are true and correct copies of



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

Defendants' (redacted) invoices with the U.S. government, labelled with U.S. Bates numbers MJ00023539-MJ00023563.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "MJA (Mitchell, Jessen & Associates)" and labelled with U.S. Bates numbers 001908-001910.

19. Attached hereto as **Exhibit R** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "Interrogation and Coercive Physical Pressures: A Quick Overview" dated February 2005 and labelled with U.S. Bates numbers 002285-002291.

20. Attached hereto as **Exhibit S** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena, titled "CIA OIG Report of Investigation – Death of Detainee in ________" dated April 27, 2005 and labelled with U.S. Bates numbers 001267-001334.

21. Attached hereto as **Exhibit T** is true and correct copy of excerpts from the Senate Select Committee on Intelligence report titled "Committee Study of the Central Intelligence Agency's Detention and Interrogation Program" ("SSCI Report").

22. Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the Department of the Army Field Manual, FM 34-52 "Intelligence



AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

Interrogation," *available at* http://www.loc.gov/rr/frd/Military_Law/pdf/intel_interrrogation_sept-1992.pdf

23. Attached hereto as **Exhibit V** is a true and correct copy of excerpts from the Declaration of Jose Rodriguez dated January 24, 2017.

24. Attached hereto as **Exhibit W** is a true and correct copy of a document produced by the CIA pursuant to Defendants' subpoena labelled with U.S. Bates numbers 001162-001166.

25. Attached hereto as **Exhibit X** is a true and correct copy of excerpts of the deposition transcript of Charles Morgan, dated April 27, 2017.

26. Attached hereto as **Exhibit Y** is a true and correct copy of excerpts from the Report of the Committee on Armed Services titled "Inquiry into the Treatment of Detainees in U.S. Custody" ("SASC Report") dated November 20, 2008.

27. Attached hereto as **Exhibit Z** is a true and correct copy of excerpts of the deposition transcript of Suleiman Abdullah Salim, dated March 14, 2017.

28. Attached hereto as **Exhibit AA** is a true and correct copy of excerpts of the deposition transcript of Mohamed Ahmed Ben Soud, dated January 31, 2017.

29. Attached hereto as **Exhibit BB** is a true and correct copy of excerpts



AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

of the deposition transcript of Obaidullah, dated January 31, 2017

* * *

I declare under penalty of perjury that the foregoing is true and correct.

s/ Steven Watt
Steven Watt

Dated: June 12, 2017
New York, New York



AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184