FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUL 2 6 2017**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

### Request for Live Media Blogging

The undersigned requests that the Court allow live media blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

Case Name: __Salim v. Mitchell__   Case No.: __15-CV-286-JLQ__

Presiding District or Magistrate Judge: __Justin L. Quackenbush__

Media Outlet: __Associated Press__

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|------|------|--------------|
|      |      |              |
|      |      |              |
|      |      |              |

☑ Permission being sought for all public proceedings within the identified case.

DATED: __7-26-2017__ SIGNATURE: __Marte Miller__

PRINTED NAME: __Martha Bellisle__

EMAIL ADDRESS: __mbellisle@ap.org__

IT IS SO ORDERED,

☒ APPROVED        ☐ APPROVED AS MODIFIED        ☐ DENIED

Subject to General Order 13-113-1

DATED: __7/26/2017__

_____
JUDGE OF THE U.S. DISTRICT COURT