CENTER FOR JUSTICE
JEFFRY K. FINER, WSBA 14610
35 W. Main, Suite 300
Spokane, WA  99201
(509) 464-7611
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SULEIMA ABDULLAH SALIM, MOHAMED AHMED BEN SOUD, OBAID ULLAH (as personal representative of GUL RAHMAN),<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES ELMER MITCHELL and JOHN "BRUCE" JESSEN,<br><br>Defendants. | No.: 2:15-cv-286-JLQ<br><br>NOTICE OF APPEARANCE |

Please take notice of the appearance of the following attorney on behalf of Plaintiffs:

> JEFFRY K. FINER, WSBA #14610
> CENTER FOR JUSTICE
> 35 W. Main, Suite 300
> Spokane, WA  99201
> Telephone: (509) 464-7611
> Fax: (509) 835-3867
> Email: jeffry@finerwinn.com

NOTICE OF APPEARANCE - 1

You are further notified that service of all future pleadings, notices, documents, or other papers exclusive of original process may be made by serving the undersigned attorney at his address indicated below.

DATED this 26th day of July, 2017.

            *s/Jeffry K. Finer*
JEFFRY K. FINER, WSBA #14610
CENTER FOR JUSTICE
35 W. Main, Suite 300
Spokane, WA 99201
Telephone: (509) 464-7611
Fax: (509) 835-3867
Email: jeffry@finerwinn.com

NOTICE OF APPEARANCE - 2

CENTER FOR JUSTICE
35 West Main, Suite 300
Spokane, WA 99201
(509) 835-5211
Fax: (509) 835-3867

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2017, I electronically filed the foregoing *Notice of Appearance* via CM/ECF, which will send notification of such filing to the following:

Anthony DiCaprio, ad@humanrightslawyers.com
Avram Frey, afrey@gibbonslaw.com
Daniel McGrady, dmcgrady@gibbonslaw.com
Dror Ladin, dladin@aclu.org
Hina Shamsi, hshamsi@aclu.org
Kate Janukowicz, kjanukowicz@gibbonslaw.com
Lawrence Lustberg, llustberg@gibbonslaw.com
Paul Hoffman, hoffpaul@aol.com
Steven Watt, swat@aclu.org
Emily Chiang, echiang@aclu-wa.org
Jameel Jaffer, jjaffer@aclu.org
La Rond Baker, lbaker@aclu-wa.org
Brian Paszamant, paszamant@blankrome.com
Henry Schuelke, hschuelke@blankrome.com
James Smith, smith-jt@blankrome.com
Jeffrey Rosenthal, Rosenthal-j@blankrome.com
Christopher Tompkins, ctompkins@bpmlaw.com
Andrew Warden, Andrew.warden@usdoj.gov
Timothy Johnson, timothy.johnson4@usdoj.gov

DATED this 26th day of July, 2017.

                                                *s/Danette Lanet*
                                                Danette Lanet
                                                Center for Justice
                                                dlanet@cforjustice.org

CENTER FOR JUSTICE
35 West Main, Suite 300
Spokane, WA  99201
(509) 835-5211
Fax: (509) 835-3867