**Hon. Justin L. Quackenbush**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SULEIMAN ABDULLAH SALIM, MOHAMED AHMED BEN SOUD, OBAIDULLAH (AS PERSONAL REPRESENTATIVE OF GUL RAHMAN),<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ELMER MITCHELL and JOHN "BRUCE" JESSEN,<br><br>Defendants. | NO. 15-CV-0286 (JLQ)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective attorneys of record, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2) that any and all claims by plaintiffs Suleiman Abdullah Salim, Mohamed Ahmed Ben Soud, and Obaidullah, as the personal representative of the estate of Gul Rahman, against defendants James Elmer Mitchell and John "Bruce" Jessen shall be dismissed with prejudice, pursuant to a Confidential Settlement Agreement entered into between the parties.

| | |
|---|---|
| DATED: August 17, 2017 | DATED: August 17, 2017 |
| GIBBONS PC | BETTS, PATTERSON & MINES, P.S. |
| By: s/ Lawrence S. Lustberg<br>Lawrence S. Lustberg<br>(admitted *pro hac vice*) | By: s/ Christopher W. Tompkins<br>Christopher W. Tompkins<br>WSBA #11686 |

STIPULATION OF DISMISSAL
WITH PREJUDICE                        - 1 -
NO. 15-CV-0286 (JLQ)

| | |
|---|---|
| llustberg@gibbonslaw.com | ctompkins@bpmlaw.com |
| Avram D. Frey (admitted *pro hac vice*) | Betts, Patterson & Mines, P.S. |
| afrey@gibbonslaw.com | 701 Pike St, Suite 1400 |
| Daniel J. McGrady | Seattle, WA  98101 |
| (admitted *pro hac vice*) | |
| dmcgrady@gibbonslaw.com | BLANK ROME LLP |
| Kate E. Janukowicz | James T. Smith (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | smith-jt@blankrome.com |
| kjanukowicz@gibbonslaw.com | Brian S. Paszamant |
| Gibbons PC | (admitted *pro hac vice*) |
| One Gateway Center | paszamant@blankrome.com |
| Newark, NJ 07102 | Jeffrey N. Rosenthal |
| | (admitted *pro hac vice*) |
| Steven M. Watt (admitted *pro hac vice*) | rosenthal-j@blankrome.com |
| swatt@aclu.org | 130 N 18th Street |
| Dror Ladin (admitted *pro hac vice*) | Philadelphia, PA  19103 |
| dladin@aclu.org | |
| Hina Shamsi (admitted *pro hac vice)* | |
| hshamsi@aclu.org | |
| ACLU Foundation | Henry F. Schuelke III |
| 125 Broad Street, 18th Floor | (admitted *pro hac vice*) |
| New York, NY  10004 | hschuelke@blankrome.com |
| | 600 New Hampshire Ave NW |
| Emily Chiang | Washington, DC  20037 |
| ACLU of Washington Foundation | |
| 901 Fifth Ave, Suite 630 | **Attorneys for Defendants** |
| Seattle, WA  98164 | |

Paul Hoffman (admitted *pro hac vice*)
SCHONBRUN DESIMONE SEPLPOW
HARRIS & HOFFMAN, LLP
723 Ocean Front Walk, Suite 100
Venice, CA 90291

Jeffry K. Finer
CENTER FOR JUSTICE
35 West Main Avenue, Suite 300
Spokane, WA 99201

**Attorneys for Plaintiffs**

STIPULATION OF DISMISSAL
WITH PREJUDICE                   - 2 -
NO. 15-CV-0286 (JLQ)