UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SULEIMAN ABDULLAH SALIM, et al.,

        Plaintiffs,

vs.

JAMES E. MITCHELL and JOHN JESSEN,

        Defendants.

No. CV-15-0286-JLQ

ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE

BEFORE THE COURT is the parties' Stipulation of Dismissal With Prejudice (ECF No. 259) wherein the parties agree, pursuant to a Confidential Settlement Agreement, the claims herein may be dismissed with prejudice.

**IT IS HEREBY ORDERED:**

1. Pursuant to the Stipulation of the parties (ECF No. 259), the Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice.

2. All remaining dates and deadlines, including the August 21, 2017, Pretrial Conference and the September 5, 2017, trial date are STRICKEN.

3. All pending Motions are DENIED AS MOOT.

**IT IS SO ORDERED**. The Clerk is hereby directed to file this Order, enter Judgment, furnish copies to counsel, and close this file.

**DATED** this 17th day of August, 2017.

        s/ Justin L. Quackenbush
        JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE