# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SULEIMAN ABDULLAH SALIM, et al., <br><br> *Plaintiff* <br> v. <br> JAMES E. MITCHELL and JOHN JESSEN, <br><br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 2:15-CV-286-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Stipulation of Dismissal entered by parties.  Complaint and claims therein are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  8/17/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Renea Grogan
*(By) Deputy Clerk*

Renea Grogan